UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07 98 S<br><br>C.A. No. 07- |

**NOTICE OF REMOVAL**

The Defendant, United States Fire Insurance Company ("U.S. Fire"), pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, for purposes of removing this case to the United States District Court for the District of Rhode Island state the following:

1. On or about February 16, 2007, Plaintiff, Castle Equipment Company, commenced a civil action against U.S. Fire in the Superior Court of Rhode Island for the County of Providence, captioned Castle Equipment Company v. United States Fire Insurance Company, Civil Action No. PC06-6621 (the "State Court Action"). A copy of Plaintiff's Complaint (the "Complaint") is attached hereto as Exhibit A. The Complaint asserts two counts against U.S. Fire sounding in contract and *quantum meruit*. The nature of the Plaintiff's allegations is stated more fully in the Complaint. U.S. Fire denies any and all liability for the Plaintiff's claims and has valid defenses thereto. The above-described action is a civil action that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 based on diversity of citizenship.

2. The Complaint and Summons constitute all process, pleadings and/or orders received by U.S. Fire to date within the meaning and intent of 28 U.S.C. § 1446.

3. By letter dated February 21, 2007, the State of Rhode Island Department of Business Regulation, Insurance Division, pursuant to R.I. Gen. Laws § 27-2-13 forwarded by certified mail a copy of Plaintiff's Summons and Complaint to U.S. Fire.

4. This Notice of Removal is timely filed. Section 1446(b) of Title 28 of the United States Code requires that a notice of removal be filed within thirty (30) days from receipt of a pleading establishing federal jurisdiction. Within thirty (30) days after U.S. Fire first received notice of the Summons and Complaint filed by Plaintiff in the State Court Action, U.S. Fire filed its Notice of Removal.

5. There is complete diversity of citizenship between the parties to this action such that this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. As alleged in the Complaint, Plaintiff is a Rhode Island corporation having its principal place in Johnston, Rhode Island. U.S. Fire was at the time the State Court Action was commenced, and is presently, a corporation organized and existing by virtue of the laws of the State of Delaware with its principal place of business located in Morristown, New Jersey. Therefore, U.S. Fire is entitled to remove this action pursuant to 28 U.S.C. § 1441.

6. The amount in controversy in this litigation is in excess of $75,000, exclusive of interest and costs, and is therefore properly removable. The Complaint alleges damages against U.S. Fire in the amount of $97,905.00 pursuant to the terms and conditions of a certain bond issued by U.S. Fire, as surety, on behalf of South Shore Utility Contractors, Inc., as principal, in connection with a construction project known as "Glendale Village Sanitary Sewer and Appurtenant Work."

7. The requirement under 28 U.S.C. § 1446(b) that all defendants join in the notice of removal has been satisfied as this Notice of Removal is filed on behalf of U.S. Fire and there

are no other defendants named in the State Court Action.

8. The action is removable to this Court pursuant to 28 U.S.C. § 1441(a) in that the captioned District Court sits in the district and division embracing the place where the State Court Action is pending.

9. Promptly after filing this Notice of Removal of the State Court Action, U.S. Fire will give written notice of such filing to the Plaintiff and will file a copy of the Notice of Removal with the Clerk of the State Court, which shall effect the removal of the State Court Action, and the State Court shall proceed no further unless and until the case is remanded.

10. Pursuant to LR cv 81(b), U.S. Fire has requested certified copies of the Docket and all papers filed in the State Court Action from the Clerk of the Providence County Superior Court and will file the same with this District Court upon receipt.

WHEREFORE, U.S. Fire prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Complaint be removed from the State Court to the District Court for trial and determination as provided by law, and that this civil action proceed as if it had originally been commenced in the District Court.

SO NOTICED this 15th day of March 2007.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2007, this document has been served by first class mail, postage prepaid, on the following individuals:

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886