STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

CASTLE EQUIPMENT COMPANY
Plaintiff

vs

C A No. PC06-6621

UNITED STATES FIRE INSURANCE COMPANY
Defendant

## COMPLAINT

Plaintiff, Castle Equipment Company (hereinafter "Castle"), hereby complains of the Defendant United States Fire Insurance Company (hereinafter "USFIC") as follows:

## PARTIES

1 Plaintiff Castle is a Rhode Island Corporation with its principal place of business located in Johnston, Rhode Island.

2. Upon information and belief that the Defendant USFIC is a Delaware Corporation and is duly authorized to do business in the State of Rhode Island with principal place of business in the Commonwealth of Massachusetts.

## JURISDICTION

3 The Superior Court possesses exclusive original jurisdiction over the instant matter since, *inter alia*, it involves an action at law in which the amount in controversy exceeds the sum of ten thousand dollars ($10,000 00) pursuant to R I.G L. §8-2-14.

EXHIBIT
A

**VENUE**

4. Venue is properly situated in the County of Providence since, inter alia, the plaintiff principal place of business is therein and the situs of the contract of the lawsuit is located therein

**COUNT ONE**
**(Payment Bond- Contract)**

5. On or about March 1, 2005 South Shore Utility Contractors, Inc. (hereinafter "South Shore") entered into a contract with the Town of Burrillville for construction of the Glendale Village Sanitary Sewers and Appurtenant Work, Contract No. 19A-2.

6. South Shore, as principal and the defendant USFIC, as surety, executed a Performance Bond securing payment of labor and materials used or employed in the construction of the project.

7. Plaintiff Castle entered into a subcontract with South Shore to rent equipment to perform the construction of the Glendale Village Sanitary Sewers and Appurtenant Work

8. The cost of the equipment rented by South Shore was $97,305.00

9. Plaintiff Castle provided the rental equipment to South Shore

10. South Shore has not made any payments to Plaintiff Castle for the rental of the equipment

11. Plaintiff has made demand on both South Shore and Defendant USFIC

12. This complaint was filed within one year after providing the equipment for which payment is claimed due.

13 All conditions precedent to the maintenance of this action have been performed

**WHEREFORE**, Plaintiff Castle Equipment Company respectfully requests that judgment enter against Defendant United States Fire Insurance Company in its favor awarding Castle compensatory damages, prejudgment and post judgment interest, litigation costs, reasonable attorney's fees and any other relief this Court deems appropriate and just.

**COUNT TWO**
**(Payment Bond- Quantum Meruit)**

14. Plaintiff Castle reincorporates and re-alleges paragraphs 1 through 13 of the Complaint as if fully set forth herein

15. Plaintiff Castle substantially provided in good faith the equipment, the fair value of which is $97,905.00

16. South Shore has not made any payments to Plaintiff Castle for the rental of the equipment.

17. Plaintiff has made demand on both South Shore and Defendant USFIC

18 All conditions precedent to the maintenance of this action have been performed.

**WHEREFORE**, Plaintiff Castle Equipment Company respectfully requests that judgment enter against Defendant United States Fire Insurance Company in its favor awarding Castle compensatory damages. prejudgment and post judgment interest, litigation costs. reasonable attorney's fees and any other relief this Court deems appropriate and just.

Respectfully submitted,
Plaintiff, Castle Equipment
Company,
By and through its attorneys,

[signature]

Lepizzera & Laprocina
Michael J. Lepizzera Jr. #4995
Christian C. Potter #5359
301 Metro Center Blvd. Suite 102
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950