UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 07-98S |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant. | : | |

**CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL**

The undersigned counsel for United States Fire Insurance Company hereby certifies that a Notice of Filing Notice of Removal, together with a copy of the Notice of Removal, were filed on March 15, 2007, with the Office of the Clerk of Superior Court for Providence County in the State of Rhode Island and Providence Plantations, and that true and correct copies of the same were mailed, via U.S. mail, postage prepaid, to: Michael J. Lepizzera, Jr., Esq., Lepizzera & Laprocina, 301 Metro Center Blvd., Suite 102, Warwick, RI 02886, the attorney of record for the Plaintiff.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com
Dated: March 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2007 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

/s/ Stephen J. Brouillard