ORSON AND BRUSINI LTD

COUNSELORS AT LAW

Stephen J. Brouillard
*(401) 331-2126*
*sbrouillard@orsonandbrusini.com*

March 15, 2007

***Via Hand Delivery***
United States District Court
Office of the Clerk
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

***RE: Castle Equipment Co. v. United States Fire Ins. Co.; C.A. No. 07-98S***
***Action removed from Providence County Superior Court (C.A. 06-6621)***

Dear Clerk:

Pursuant to LR cv 81(b), enclosed herewith for filing are the attested copies of the docket sheet and supporting documents in connection with the above matter.

Please do not hesitate to contact me with any questions. Thank you.

Very truly yours,

Stephen J. Brouillard

Enclosures

cc: Christopher Kunkel, Esq. (via first class mail)
Michael J. Lepizzera, Jr., Esq. (via first class mail)

S:\torson\US Fire\correspondence\USDC Clerk (3-15-07).doc

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-6621 CASTLE EQUIPMENT V UNITED STATES FIRE INSURANCE CO

Filing Date: 12-22-2006 Case Type: CONTRACT DAMAGES
Case Status: CLOSED DURING DISCOVERY Status Date: 03-15-2007

Plaintiff: CASTLE EQUIPMENT COMPANY Attorney: MICHAEL LEPIZZERA
ID: @10880156 Attorney: CHRISTIAN POTTER

Defendant: UNITED STATES FIRE INSURANCE COMPAN
ID: @10880157

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-22-2006 | COMPLAINT FILED | |
| 12-22-2006 | INITIAL FILING FEE | |
| 12-22-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP239704. |
| 03-15-2007 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT |
| 03-15-2007 | CASE REMVD TO US DISTRICT CT | U.S. DISTRICT COURT # 07-98S |
| 03-15-2007 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL TO U.S. DISTRICT COURT |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island