STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Business Regulation
INSURANCE DIVISION
233 Richmond Street, Suite 233
Providence, RI 02903 - 4233
TELEPHONE NO. (401) 222-2223

FAX NO. (401) 222-5475
TDD NO. (401) 222-2999

February 21, 2007

United States Fire Insurance Company
Ms. Rita Goldberg
305 Madison Avenue
PO Box 1973
Morristown NJ 07962

Dear Ms. Goldberg:

Enclosed is a copy of a summons served upon me in the case of:

Glendale Village

**Castle Equipment Company**

vs

**United States Fire Insurance Company**

Kindly acknowledge receipt of the above at your earliest convenience.

RETURN DATE (WITHIN 20 DAYS)

Very truly yours,

Associate Director/Superintendent of Insurance

DMA
Enclosures

CERTIFIED MAIL

CC: Adam Schwartz, Esq. (Please acknowledge receipt)

JJB

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. C06-6621

CASTLE EQUIPMENT COMPANY
Plaintiff

UNITED STATES FIRE INSURANCE COMPANY
Defendant

***Summons***

*To the above-named Defendant:* State of Rhode Island Insurance Commissioner's Office
233 Richmond Street, Suite 2333Providence, RI 0290

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Lepizzera & Laprocina Plaintiff's attorney, whose address is 301 Metro Center Boulevard, Suite 102 Warwick, RI 02886 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: February 16, 2007

(Seal of the Superior Court)
Kerri

A true copy Attest

S-135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

........................................,SC

## PROOF OF SERVICE

I hereby certify that on the ................................ day of ........................................ I served a copy of this summons and a copy of the complaint received therewith upon ................................................................................
................................................................................
in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ........................................
........................................ (Address) ........................................, with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ........................................
........................................, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ........................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:
................................................................................
................................................................................
................................................................................

Sheriff's Fees
Travel ........................ $........................
Service ........................ $........................
$........................

........................................ Deputy Sheriff

CIVIL ACTION

FILE NO. PC06-6621

SUMMONS

SUPERIOR COURT

CASTLE EQUIPMENT COMPANY

VS

UNITED STATES FIRE INS. CO.

Michael J. Lepizzera, Jr.

Lepizzera & Laprocina
ATTORNEY FOR PLAINTIFF

PLEASE SERVE UPON:

State of Rhode Island
Insurance Commissioner's Office
233 Richmond Street, Suite 233
Providence RI 02903

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

02/27/2007 TUE 11:25 [TX/RX NO 7706] 007