UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Castle Equipment Company

Plaintiff

vs. C.A.No.: 07-98S

United States Fire Insurance Company

Defendant

**ENTRY OF APPEARANCE**

Christian C. Potter hereby enters his appearance on behalf of Plaintiff Castle Equipment Company in the above-captioned matter.

Plaintiff, Castle Equipment Company
By and through his Counsel

/s/ Christian C. Potter
Christian C. Potter, #5359
Cpotter@lldlawyers.com
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

**CERTIFICATION**

I certify that on this 27th day of March 2007 a true and accurate copy of the within was filed electronically and it is available for viewing and downloading from the ECF System. Further I certify that that the undersigned were served with a copy of said motion electronically:

Stephen Brouillard, Esq. (#6284)
sbrouillard@orsonandbrusini.com
Orson & Brusini Ltd.
325 Angell Street
Providence, RI 02906
(401) 223-2100 (Telephone)
(401) 861-3103 (Facsimile)

Christopher E. Kunkel, Esq.
ckunkel@mdmc-law.com
Adam R. Schwartz, Esq.
aschwartz@mdmc-law.com
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100 (telephone)
(973) 425-0161 (facsimile)

/s/ Christian C. Potter