UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Castle Equipment Company

Plaintiff

vs. C.A.No.: 07-98S

United States Fire Insurance Company

Defendant

**PLAINTIFF'S STATEMENT OF CLAIM**

Now comes the plaintiff, Castle Equipment Company (hereinafter "Castle"), and pursuant to Local Rule CV 16(c) hereby submits their Statement of Claim.

On or about March 1, 2005, a company named South Shore Utility Contractors, Inc. (hereinafter "South Shore") entered into a contract with the Town of Burrilville, State of Rhode Island for the construction of the Glendale Village Sanitary Sewers and Appurtenant Work. The contract was identified as Contract No. 19A-2. South Shore, as principal, and the defendant United States Fire Insurance Company (hereinafter "USFIC"), as surety, executed a performance bond to secure the payment of labor and materials used or employed in the construction of the project.

In order to perform its obligations under Contract No. 19A-2, Castle entered into a subcontract with South Shore to rent equipment to perform the construction of the Glendale Village Sanitary Sewers and Appurtenant Work. Castle billed South Shore the amount of $97,905.00 for the rental of the equipment. Castle has made demand on both

South Shore and the defendant USFIC. Castle has never received any payments from South Shore or the defendant USFIC on the amount owed.

Castle has brought this complaint alleging the following against USFIC: (1) breach of contract; and (2) quantum meruit. The case was originally filed in the Superior Court of Rhode Island in Providence County. The defendant removed this matter based on diversity of citizenship to the District Court of Rhode Island.

Castle has made its breach of contract claim based on the performance bond that was entered into between South Shore and USFIC. Said bond obligates and secures payment for any party that provides materials based on Contract No. 19A-2. In this matter, Castle provided equipment to South Shore for work to be performed under Contract No. 19A-2. Castle made demand for payment upon South Shore and USFIC within one year of providing the equipment. Castle was not paid by South Shore and/or USFIC; and therefore, Castle has made demand on the defendant USFIC, the surety, for the amount of the equipment provided.

Castle has also made a claim for quantum meruit based on the value of the equipment that was rented to South Shore. Castle rented the equipment to South Shore in good faith and deserves to be compensated for the reasonable value of same

Plaintiff, Castle Equipment Company
By and through their Counsel

/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. #4995
Mlepizzera@lldlawyers.com
/s/ Christian C. Potter
Christian C. Potter, #5359
Cpotter@lldlawyers.com
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

## CERTIFICATION

I certify that on this 12th day of April 2007 a true and accurate copy of the within was filed electronically and it is available for viewing and downloading from the ECF System. Further I certify that that the undersigned were served with a copy of said motion electronically:

Stephen Brouillard, Esq. (#6284)
sbrouillard@orsonandbrusini.com
Orson & Brusini Ltd.
325 Angell Street
Providence, RI 02906
(401) 223-2100 (Telephone)
(401) 861-3103 (Facsimile)

Christopher E. Kunkel, Esq.
ckunkel@mdmc-law.com
Adam R. Schwartz, Esq.
aschwartz@mdmc-law.com
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100 (telephone)
(973) 425-0161 (facsimile)

/s/ Christian C. Potter