UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 07-98S |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant. | : | |

**STIPULATION**

Plaintiff, Castle Equipment Company, and Defendant, United States Fire Insurance Company, hereby stipulate and agree by and through their undersigned counsel that Plaintiff, Castle Equipment Company, shall have up to and including June 22, 2007 to respond to Defendant, United States Fire Insurance Company's initial discovery propounded in the above-captioned matter.

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Christian C. Potter
Christian C. Potter, Esq. # 5359
Leppizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@lldlawyers.com

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Michael J. Lepizzera, Jr., Esq.
Christian Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

/s/ Stephen J. Brouillard