UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 07-98S |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant. | : | |

**ASSENTED-TO MOTION TO AMEND PRETRIAL ORDER**

Defendant, United States Fire Insurance Company ("US Fire"), in the above-captioned action respectfully moves this Honorable Court to amend the Pretrial Order entered in this case on April 13, 2007. Specifically, US Fire seeks to extend the initial factual discovery period and the deadline for US Fire to file its dispositive motion from June 13, 2007 to August 13, 2007. As grounds for this motion, US Fire has not yet received Plaintiff's initial discovery responses as of the filing of this motion and these responses are needed for US Fire to file its dispositive motion.

Plaintiff's initial discovery responses were due by June 8, 2007. On June 7, 2007, Plaintiff's counsel requested additional time, up to and including June 22, 2007, to provide discovery responses. US Fire stipulated to this extension of time, and as a result, US Fire needs additional time to file its dispositive motion.

Plaintiff's counsel assents, and has no objection, to the granting of this motion.

**WHEREFORE**, Defendant's motion should be granted such that the Pretrial Order is amended to extend the initial factual discovery period and the deadline for US Fire to file its dispositive motion from June 13, 2007 to August 13, 2007.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com
Dated: June 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Michael J. Lepizzera, Jr., Esq.
Christian Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

/s/ Stephen J. Brouillard