UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-98S |

**STIPULATION**

By agreement of the parties, the plaintiff, Castle Equipment Company, shall have up to and including June 29, 2007 to answer or otherwise respond to the defendant's request for production of documents and the defendant's interrogatories in the above-entitled action.

Respectfully submitted,
Plaintiff, Castle Equipment Company
By and through its attorneys,

/s/ Christian C. Potter
Christian C. Potter, Esq. #5359
Lepizzera & Laprocina
301 Metro Center Blvd. Suite 102
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@lldlawyers.com

Respectfully submitted,
Defendant, United States Fire Insurance Co.
By and through its attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. #6284
Orson & Brusini
325 Angell Street
Providence, Rhode Island 02906
Tel: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

Dated: ______________

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals.

Stephen Brouillard, Esq. (#6284)
sbrouillard@orsonandbrusini.com
Orson & Brusini Ltd.
325 Angell Street
Providence, RI 02906
(401) 223-2100 (Telephone)
(401) 861-3103 (Facsimile)

Christopher E. Kunkel, Esq.
ckunkel@mdmc-law.com
Adam R. Schwartz, Esq.
aschwartz@mdmc-law.com
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100 (telephone)
(973) 425-0161 (facsimile)

/s/ Christian C. Potter