UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 07-98S |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant. | : | |

**ASSENTED-TO MOTION TO AMEND PRETRIAL ORDER**

Defendant, United States Fire Insurance Company ("US Fire"), in the above-captioned action respectfully moves this Honorable Court to amend the Pretrial Order entered in this case on April 13, 2007. Specifically, US Fire seeks to extend the initial factual discovery period and the deadline for US Fire to file its dispositive motion from August 13, 2007 to October 12, 2007. As grounds for this motion, US Fire recently received Plaintiff's initial discovery responses and the information necessary for US Fire to prepare and file its dispositive motion must be obtained by subpoenas on non-parties which are in the process of being served. Once these documents are received, counsel for US Fire will need to review these materials and prepare a motion for summary judgment.

Plaintiff's counsel assents, and has no objection, to the granting of this motion.

**WHEREFORE**, Defendant's motion should be granted such that the Pretrial Order is amended to extend the initial factual discovery period and the deadline for US Fire to file its dispositive motion from August 13, 2007 to October 12, 2007.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com
Dated: August 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2007 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Michael J. Lepizzera, Jr., Esq.
Christian Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

/s/ Stephen J. Brouillard