AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PLAINTIFF

CASTLE EQUIPMENT COMPANY

V. DEFENDANT AND THIRD PARTY PLAINTIFF

UNITED STATES FIRE INSURANCE COMPANY

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07-0098-S-DLM

V. THIRD PARTY DEFENDANT

ANTHONY F. ROSCITI, JR.

To: Name and address of Third Party Defendant

Anthony F. Rosciti, Jr.
c/o Christopher Mulhearn, Esq.
55 Pine Street, 4th Floor, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael J. Lepizzera, Esq.
Christian Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Brouillard, Esq.
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

11.20.07

DATE

(By) DEPUTY CLERK