**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CASTLE EQUIPMENT COMPANY,**<br>**Plaintiff,**<br>**vs.**<br><br>**UNITED STATES FIRE INSURANCE COMPANY,**<br>**Defendant/Third-Party Plaintiff**<br>**vs.**<br><br>**ANTHONY F. ROSCITI, JR.,**<br>**Third-Party Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No.: 07-00098-S-DLM** |

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, Christopher M. Mulhearn, Esq., of Ferrucci Russo P.C., hereby accepts service of process on behalf of Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure of Third-Party Plaintiff, United States Fire Insurance Company's ("U.S. Fire") Third-Party Complaint in connection with the above-identified action. Further, the parties further stipulate and agree, by and through their counsel, that service of the Third-Party Summons and Third-Party Complaint as acknowledged herein is sufficient to constitute valid service of process upon Rosciti in this matter. Moreover, Rosciti shall have up to, and including, January 22, 2008, within which to answer or otherwise respond to U.S. Fire's Third-Party Complaint in the above-entitled action.

Agreed, consented, and stipulated to:

United States Fire Insurance Company

By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard (#6284)
**Orson and Brusini Ltd.**
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
E-mail: sbrouillard@orsonandbrusini.com

Anthony F. Rosciti, Jr.

By his Attorney,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Dated: December 23, 2007