**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CASTLE EQUIPMENT COMPANY,** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. No.: 07-00098-S-DLM** |
| **UNITED STATES FIRE INSURANCE COMPANY,** | : | |
| **Defendant/Third-Party Plaintiff** | : | |
| **vs.** | : | |
| **ANTHONY F. ROSCITI, JR.,** | : | |
| **Third-Party Defendant** | : | |

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti") shall have up to, and including, January 31, 2008, within which to answer or otherwise respond to Third-Party Plaintiff, United States Fire Insurance Company's ("U.S. Fire") Third-Party Complaint in the above-entitled action.

Agreed, consented, and stipulated to:

United States Fire Insurance Company

By its Attorneys,

/s/ Christopher E. Kunkel

Stephen J. Brouillard (#6284)
**Orson & Brusini, Ltd.**
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
E-mail: sbrouillard@orsonandbrusini.com

Christopher E. Kunkel (*Pro hac vice*)
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kimble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 425-8217
Fax.: (973) 425-0161
Email: ckunkel@mdmc-law.com

Anthony F. Rosciti, Jr.

By his Attorney,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Dated: January 22, 2008