UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff,<br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-98S |

**<u>CONSENT AMENDED SCHEDULING ORDER</u>**

The above-entitled action having come before the Honorable William E. Smith upon the parties' Joint Motion to Amend Discovery Deadlines, and after considering the proposed pleadings in this matter, as well as the attendant facts and circumstances, by agreement of the parties, it is hereby:

ORDERED, ADJUDGED & DECREED:

1. Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti") shall have up to, and including, January 31, 2008, within which to answer or otherwise respond to Defendant/Third-Party Plaintiff, United States Fire Insurance Company's ("U.S. Fire") Third-Party Complaint; ;

2. Discovery Closure Date shall be April 22, 2008;

3. Dispositive motions shall be filed on or before May 12, 2008;

4. A Mandatory Settlement Conference may be scheduled by the Court in this matter any time after March 15, 2008; and

5. All other events and/or deadlines established by the Court's previously entered in the Pre-Trial Order, as amended, in this matter shall remain in full force and effect.

Agreed, consented and stipulated to:

| | |
|---|---|
| United States Fire Insurance Company | Anthony F. Rosciti, Jr. |
| By its Attorneys, | By his Attorney, |
| /s/ Stephen J. Brouillard | /s/ Christopher M. Mulhearn |
| Stephen J. Brouillard (#6284)<br>**Orson and Brusini Ltd.**<br>325 Angell Street<br>Providence, RI 02906<br>Tel.: (401) 223-2100<br>Fax: (401) 861-3103<br>E-mail: sbrouillard@orsonandbrusini.com | Christopher M. Mulhearn (#5188)<br>**Ferrucci Russo P.C.**<br>55 Pine Street, 4th Floor<br>Providence, RI 02903<br>Tel.: (401) 455-1000<br>Fax: (401) 455-7778<br>E-mail: cmulhearn@frlawri.com |

Christopher E. Kunkel (*Pro hac vice*)
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kimble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 425-8217
Fax.: (973) 425-0161
Email: ckunkel@mdmc-law.com

Castle Equipment Company,

By its Attorneys,

/s/ Christian Potter
Christian Potter, Esq.
**Lepizzera & Laprocina**
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@lldlawyers.com

| | |
|---|---|
| ENTER: | PER ORDER: |
| ______________________________ | ______________________________ |
| Date: January __, 2008 | Date: January __, 2008 |