UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff<br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | C.A. No.: 07-98/S |

**JOINT MOTION TO AMEND DISCOVERY DEADLINES**

NOW COME Plaintiff, Castle Equipment Company ("Castle"), Defendant/Third-Party Plaintiff, United States Fire Insurance Company ("U.S. Fire") and Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), and each of them, by their undersigned counsel, and hereby jointly move this Court for an order enlarging the previously established Discovery Closure Date in connection with the above-identified action, which said Discovery Closure Date was previously established as a result of a November 16, 2007, conference with the Court. The parties jointly pray that the Court enlarge the Discovery Closure Date in this matter up to, and including, April 22, 2008, and, further, extend the deadline within which the parties may file dispositive motions in this matter up to, and including, May 12, 2008.

The grounds of the motion are as follows:

1. In this action, Castle is seeking to recover certain alleged damages under a payment bond issued by U.S. Fire, as surety, on behalf of its principal, South Shore Utility Contractors, Inc. ("South Shore"), in connection with a certain public works construction project that occurred in Rhode Island (the "Project").

2. Castle has alleged that it rented certain equipment to South Shore in furtherance of the Project, and, further, that South Shore has failed to pay Castle for the equipment utilized on and/or incorporated in the Project.

3. U.S. Fire's primary defense to liability in this matter is that Castle is not a proper claimant under the payment bond issued by U.S. Fire insofar as Castle's purported majority owner is Rosciti, the same individual who was also a majority shareholder of South Shore, the bond principal.

4. Pursuant to the terms of a certain General Agreement of Indemnity, Rosciti is also a personal indemnitor to U.S. Fire for alleged, among other things, losses, costs and expenses incurred by U.S. Fire under any bonds issued by U.S. Fire on behalf of South Shore.

5. On November 16, 2007, counsel for U.S. Fire and Castle attended a conference in this matter with the Court in order to advise the Court as to the status of this matter, including outstanding discovery, the possibility of joinder of additional parties, the filing of dispositive motions and other related scheduling issues.

6. At the November 16, 2007 conference, the Court enlarged the Discovery Closure Date for an additional ninety (90) day period so as to allow the parties more time to complete discovery, and, further, at that same time, granted U.S. Fire leave to file a Third-Party Complaint against Rosciti.

7. Notwithstanding the extension, however, the Court's November 19, 2007 docket entry incorrectly established the "new" Discovery Closure Date as September 22, 2007.

8. As discussed by the Court and the parties at the November 16th conference, the purpose of the extension was to allow U.S. Fire to file the Third-Party Complaint against Rosciti,

complete discovery, and, ultimately, file a dispositive motion on the issue of liability as may be appropriate.

9. Thereafter, on November 20, 2007, U.S. Fire filed its Third-Party Complaint against Rosciti.

10. By stipulation, dated December 23, 2007, counsel for Rosciti accepted service of process of the Third-Party Complaint on Rosciti. By agreement of U.S. Fire and Rosciti, Rosciti has up to, and including January 31, 2008, within which to answer or respond to U.S. Fire's Third-Party Complaint.

11. In light of the incorrect docket entry, as well as the only recent joinder of Rosciti as named party herein, the parties agree that a modification of the existing discovery and dispositive motion schedule is necessary at this time to, among other things, facilitate the full and complete exchange of information and complete discovery, and in order to evaluate or assess the propriety of the filing of any dispositive motions, or, alternatively, to prepare this matter for mediation and/or trial, as may be necessary.

12. Accordingly, the parties respectfully request the Court to enter the proposed Consent Amended Scheduling Order appended hereto, which sets forth the requested schedule in this matter on a go forward basis:

a. Rosciti has up to, and including, January 31, 2008, within which to answer or otherwise respond to U.S. Fire's Third-Party Complaint;

b. The Discovery Closure Date shall be April 22, 2008;

c. Dispositive motions shall be filed with the Court on or before May 12, 2008; and

d. The Court may schedule a Mandatory Settlement Conference in this matter any time after March 15, 2008.

13. <u>All parties hereto assent, and have no objection, to the granting of this motion.</u>

**WHEREFORE**, the parties hereby respectfully pray that the Court to enter the proposed Consent Amended Scheduling Order appended hereto, and that this Court award to the parties such other further relief as this Court may deem fair, just and reasonable.

Agreed, consented and stipulated to:

United States Fire Insurance Company

By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard (#6284)
**Orson and Brusini Ltd.**
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
E-mail: sbrouillard@orsonandbrusini.com

Anthony F. Rosciti, Jr.

By his Attorney,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Christopher E. Kunkel (*Pro hac vice*)
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kimble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel.: (973) 425-8217
Fax.: (973) 425-0161
Email: ckunkel@mdmc-law.com

Castle Equipment Company

By its Attorneys,

/s/ Christian Potter
Christian Potter, Esq.
**Lepizzera & Laprocina**
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@lldlawyers.com