UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY

v. C.A. 07-98S

UNITED STATES FIRE INSURANCE COMPANY

**ORDER**

Following a conference with counsel of record and with the consent of such counsel, the deadlines for discovery, etc. are amended as follows:

1. Fact discovery to be completed by **April 30, 2008**;

2. Dispositive motions to be filed by **May 20, 2008**;

3. Pre-trial memoranda to be filed within **30 days** of the decision on any dispositive motion filed. If no dispositive motion is filed, the pre-trial memoranda are to be filed by **June 10, 2008**.

So Ordered.

ENTER:

Robert W. Lovegreen
United States Magistrate Judge
February 19, 2008

By Order of

Deputy Clerk