UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | C.A. No.:07-00098-S-DLM |

**ANTHONY F. ROSCITI, JR.'S MOTION TOFURTHER ENLARGE TIME WITHIN WHICH TO ANSWER UNITED STATES FIRE INSURANCE COMPANY'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW COMES Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), by and through counsel, and hereby moves this Court for an order enlarging time within which Rosciti may answer Defendant/Third Party Plaintiff, United States Fire Insurance Company's ("U.S. Fire") interrogatories and requests for admissions, respectively served upon in the above-entitled action up to, and including, Wednesday, March 26, 2008.

In support of the within request for relief, Rosciti respectfully submits that he is engaged in a settlement dialogue with representatives of U.S. Fire, and, as such, requests an opportunity to explore and/or complete the same. Further, Rosciti states that no prejudice will inure to the detriment of any party hereto should this Court grant the within motion.

WHEREFORE, Rosciti respectfully prays that this Court enter an order further enlarging the time within which Rosciti may answer U.S. Fire's interrogatories and respond to U.S. Fire's requests for production of documents, respectively, up to, and including,

March 26, 2008, and, further, that this Court award to Rosciti such other further relief this Court may seem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr.,

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Dated: March 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via e-mail upon the following on this 21th day of March, 2008:

Stephen J. Brouilard, Esq., Orson & Brusini, Ltd., sbrouillard@orsonandbrusini.com
Michael J. Lepizzera, Jr., Esq., Lepizzera & Laprocina, mlepizzera@lldlawyers.com
Christian Potter, Esq., Lepizzera & Laprocina, cpotter@lldlawyers.com

/s/ Christopher M. Mulhearn

The following attorneys who are not on the list to receive e-mail notices shall be served via first-class mail.

Christopher E. Kunkel, Esq.
Adam R. Schwartz, Esq.
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

/s/ Christopher M. Mulhearn