UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | C.A. No.:07-00098-S-DLM |

**ANTHONY F. ROSCITI, JR.'S MOTION TO FURTHER ENLARGE TIME WITHIN WHICH TO ANSWER UNITED STATES FIRE INSURANCE COMPANY'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW COMES Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), by and through counsel, and hereby moves this Court for an order enlarging time within which Rosciti may answer Defendant/Third Party Plaintiff, United States Fire Insurance Company's ("U.S. Fire") interrogatories and requests for admissions, respectively served upon in the above-entitled action up to, and including, Tuesday, April 1, 2008.

In support of the within request for relief, Rosciti respectfully submits that there has been a settlement dialogue by and between Rosciti's representative and representatives of U.S. Fire. To that end, Rosciti and Castle Equipment Company ("Castle"), by and through counsel, has advanced an offer to settle or compromise the instant dispute. Rosciti and Castle await U.S. Fire's responses to the same. Rosciti respectfully requests an opportunity to fully explore and conclude his settlement discussions with U.S. Fire without the unnecessary further expenditure of time, effort and/or resources relative to discovery.

Rosciti has a reasonable belief that this matter can be resolved on or before April 1, 2008. Further, Rosciti states that no prejudice will inure to the detriment of any party hereto should this Court grant the within motion.

WHEREFORE, Rosciti respectfully prays that this Court enter an order further enlarging the time within which Rosciti may answer U.S. Fire's interrogatories and respond to U.S. Fire's requests for production of documents, respectively, up to, and including, April 1, 2008, and, further, that this Court award to Rosciti such other further relief this Court may seem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr.,

By his Attorneys,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Dated: March 26, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via e-mail upon the following on this 26th day of March, 2008:

Stephen J. Brouilard, Esq., Orson & Brusini, Ltd., sbrouillard@orsonandbrusini.com
Michael J. Lepizzera, Jr., Esq., Lepizzera & Laprocina, mlepizzera@lldlawyers.com
Christian Potter, Esq., Lepizzera & Laprocina, cpotter@lldlawyers.com
Scott DeMello, Esq., Lepizzera & Laprocina, sdmello@lldlawyers.com

/s/ Christopher M. Mulhearn

The following attorneys who are not on the list to receive e-mail notices shall be served via first-class mail.

Christopher E. Kunkel, Esq.
Adam R. Schwartz, Esq.
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075

/s/ Christopher M. Mulhearn