UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff<br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 07-98S |

**JOINT MOTION TO AMEND SCHEDULING ORDER FOR ENLARGEMENT OF TIME**

The parties jointly move this Honorable Court in the above-captioned matter to amend the February 19, 2008 Scheduling Order by extending each deadline thirty (30) days, and for entry of the proposed Amended Scheduling Order appended hereto. The grounds for this motion are as follows:

1. A case that was pending in the United States District Court for the District of Massachusetts involving the same parties, and nearly identical claims, defenses and legal issues was recently transferred to this Court (C.A. No. 08-96S). At a chambers conference in that matter on March 27, 2008, counsel discussed consolidating the two cases with the Court.

2. A motion to consolidate the two cases is being filed in C.A. No. 08-96S simultaneously with the filing of this motion. This enlargement of time, in conjunction with the cases being consolidated, will allow the parties ample time to complete discovery and synchronize the scheduling of the two cases.

All parties hereto assent, and have no objection, to the granting of this motion.

**WHEREFORE**, this Court should enter the proposed Amended Scheduling Order appended hereto.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Christian C. Potter
Christian C. Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant,
By his Attorneys,

/s/ Christopher Mulhearn
Christopher Mulhearn, Esq. # 5188
Ferrucci Russo
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 465-4986
Email: cmulhearn@frlawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2008.

/s/ Stephen J. Brouillard