UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff,<br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-98S |

**AMENDED SCHEDULING ORDER**

The above-captioned matter having come before the Honorable William E. Smith upon the parties' Joint Motion to Amend Scheduling Order for Enlargement of Time. After consideration thereon, it is hereby:

**ORDERED, ADJUDGED & DECREED:**

1. Fact discovery to be completed by **May 30, 2008**;

2. Dispositive motions to be filed by **June 20, 2008**;

3. Pre-trial memoranda to be filed within **30 days** of the decision on any dispositive motion filed. If no dispositive motion is filed, the pre-trial memoranda are to be filed by **July 10, 2008**.

United States Fire Insurance Company

By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard (#6284)
**Orson and Brusini Ltd.**
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
E-mail: sbrouillard@orsonandbrusini.com

Anthony F. Rosciti, Jr.

By his Attorney,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Castle Equipment Company,

By its Attorneys,

/s/ Christian C. Potter
Christian C. Potter, Esq.
**Lepizzera & Laprocina**
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@lldlawyers.com

ENTER: By Order of:

______________________________ ______________________________
William E. Smith Deputy Clerk
United States District Judge
April ____, 2008