UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY,
Plaintiff,

vs. C.A. No. 07-98S

UNITED STATES FIRE INSURANCE CO.,
Defendant,

vs.

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant.

**DEFENDANT, UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO COMPEL THIRD-PARTY DEFENDANT, ANTHONY F. ROSCITI, JR., TO ANSWER INTERROGATORIES AND RESPOND TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendant, United States Fire Insurance Company ("US Fire"), in the above-entitled action and pursuant to Fed. R. Civ. P. 37 and LR Cv 7 and 37, moves this Honorable Court for an Order compelling Third-Party Defendant, Anthony F. Rosciti, Jr. ("Mr. Rosciti"), to provide answers to interrogatories and responses to requests for production of documents. US Fire propounded its first set of interrogatories and requests for production of documents to Mr. Rosciti on February 12, 2008. Mr. Rosciti's answers to interrogatories and responses to requests for production of documents were originally due no later than March 13, 2008.

On March 11th, 21st, and 26th, Mr. Rosciti filed motions to enlarge the time within which to respond to US Fire's interrogatories and requests for production of documents. On March 28th, this Court granted Mr. Rosciti an extension of time up to and including April 1, 2008 within which to respond to US Fire's interrogatories and requests for production of documents. That deadline came and went without compliance. On April 29, 2008, the Court conducted a status conference in

this matter and, among other things, extended the discovery closure date to May 30, 2008. That same day, *pro hac vice* counsel for US Fire, Christopher Kunkel, Esq., wrote to Mr. Rosciti's counsel demanding that Mr. Rosciti provide answers to interrogatories and responses to requests for production of documents by no later than May 6th. That date also came and went without compliance. As of the filing of this motion, Mr. Rosciti has failed to respond to US Fire's discovery. Accordingly, Mr. Rosciti's objections, if any, to US Fire's interrogatories have been waived pursuant to Fed. R. Civ. P. 33(b)(4).

Mr. Rosciti should be compelled to respond to US Fire's discovery within seven (7) days of the filing of this motion. First, Mr. Rosciti has had more than three (3) months to respond to US Fire's discovery. Second, Mr. Rosciti's extension of time to respond to US Fire's discovery expired on April 1st. Third, US Fire needs, and is entitled to have, Mr. Rosciti's discovery responses prior to his deposition. US Fire noticed Mr. Rosciti's deposition three times since Mr. Rosciti was added as a party to the case in November 2007, and each time the deposition was canceled based on, among other things, Mr. Rosciti's failure to provide discovery responses. On May 15th, US Fire noticed (for the fourth time) Mr. Rosciti's deposition for May 29th. Because the deposition cannot be scheduled any later (due to May 30th discovery closure deadline), Mr. Rosciti must be compelled to respond to US Fire's discovery within seven (7) days. Moreover, US Fire should not be prejudiced by Mr. Rosciti's disregard for the Rules of Civil Procedure.

US Fire further moves to have Mr. Rosciti ordered to pay US Fire's expenses (including its attorneys' fees) incurred in making this motion pursuant to Fed. R. Civ. P. 37(a)(5)(A). Mr. Rosciti's refusal to provide answers to interrogatories and responses to requests for production of documents was not substantially justified, nor are there any circumstances that make an award of such expenses unjust. Accordingly, US Fire should be awarded its expenses.

US Fire also requests that this matter be scheduled for hearing to provide the parties an opportunity for oral argument. In accordance with LR Cv 7(e), the undersigned estimates that five (5) minutes for each side will be sufficient for oral argument.

The undersigned hereby certifies that he has in good faith conferred or attempted to confer with opposing counsel in an effort to secure this information without court action.

**WHEREFORE,** US Fire's motion should be granted such that (i) Mr. Rosciti is ordered to provide answers to US Fire's interrogatories and responses to US Fire's requests for production of documents within seven (7) days, up to and including May 22, 2008, (ii) Mr. Rosciti's objections, if any, to US Fire's interrogatories are deemed waived pursuant to Fed. R. Civ. P. 33(b)(4), and (iii) Mr. Rosciti is ordered to pay US Fire's expenses (including attorneys' fees) incurred in making this motion pursuant to Fed. R. Civ. P. 37(a)(5)(A).

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document (s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 15, 2008.

/s/ Stephen J. Brouillard