UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | C.A. No.: 07-00098-S-DLM |

# CONSENT ORDER

The above-entitled action having come before the Honorable Magistrate David L. Martin on this 27th day of May, 2008, upon Defendant/Third-Party Plaintiff , United States Fire Insurance Company's ("U.S. Fire") motion to compel answers to interrogatories and responses to request for production of documents filed in connection with the above-identified action, and after a conference by and among the parties relative to the discovery matters addressed therein, by agreement of the parties, it is hereby

**ORDERED, ADJUDGED & DECREED**

1. U.S. Fire's motion to compel answers to interrogatories and responses to requests for production of documents is hereby withdrawn.

2. Third Party Defendant, Anthony F. Rosciti, Jr., ("Rosciti") shall have up to, and including, Thursday, May 29, 2008, within which to provide to U.S. Fire his answers to U.S. Fire's interrogatories and responses to U.S. Fire's request for production of documents, respectively.

3. U.S. Fire shall conduct depositions of Daniel Clifford ("Clifford"), Henry V. Rosciti, Jr. ("H. Rosciti"), and each of them, on Thursday, June 5, 2008, and Castle

Equipment Company ("Castle"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rosciti, respectively, on Friday, and each of them, on June 6, 2008.

4. Discovery in this matter shall be enlarged up to, and including, June 13, 2008.

5. The parties shall have up to, and including, June 27, 2008, within which to file any dispositive motions.

6. Notwithstanding the within Consent Order, all other deadlines previously established in this Court's prior scheduling order shall remain in full force and effect.

7. The within Consent Order shall be without prejudice to any party to seek any and all further appropriate relief relative to discovery, and related matters.

AGREED, CONSENTED & STIPULATED TO:

Anthony F. Rosciti, Jr.

By his Attorneys,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Fl
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

U.S. Fire Insurance Company

By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard (#3960)
**Orson & Brusini, Ltd.**
325 Angell Street
Providence, RI 02903
Tel: (401) 223-2100
Fax: (401) 861-3103

/s/ Adam Schwartz

Adam Schwartz
Christopher Kunkel, Esq.
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Pro hac vice admission*

Castle Equipment Company

By its Attorneys,

/s/ Christopher Potter
Christopher Potter. (#5359)
Scott DeMello (#7675)
**Lepizzera & Laprocina**
301 Metro Center Boulevard, Suite 102
Warwick, RI 02886
Tel: (401) 739-7397
Fax: (401) 943-6060

Enter as an Order of this Court this 27th day of May, 2008.

Per Order:

David L. Martin
J.

Dated: May 27, 2008

Enter:

Clerk

Dated: May 27, 2008