**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CASTLE EQUIPMENT COMPANY,

Plaintiff,

v.

UNITED STATES FIRE INSURANCE COMPANY,

Defendant/Third Party Plaintiff.

v.

ANTHONY F. ROSCITI, JR.

Third Party Defendant.

Civil Action No. 07-98S

**AFFIDAVIT OF ADAM R. SCHWARTZ IN SUPPORT OF UNITED STATES FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

STATE OF NEW JERSEY )
) ss.:
COUNTY OF MORRIS )

I, Adam R. Schwartz, being duly sworn, depose and say:

1. I am an attorney at law duly admitted *pro hac vice* to practice before the United States District Court for the District of Rhode Island in this matter, and am a partner at the firm of McElroy, Deutsch, Mulvaney & Carpenters, LLP, attorneys for Defendant/Third Party Plaintiff, United States Fire Insurance Company ("U.S. Fire"). I have personal knowledge of the facts supporting the statements contained herein.

2. I submit this Affidavit in support of U.S. Fire's application for summary judgment against plaintiff, Castle Equipment Company, ("Castle").

3. Attached hereto as Exhibit "A" is a true and accurate copy of the General Agreement of Indemnity executed on or about June 21, 2004, by, among others, Anthony Rosciti, Jr., both individually and on behalf of South Shore Utility Contractors.

4. Attached hereto as Exhibit "B" is a true and accurate copy of Anthony F. Rosciti, Jr.'s Answers to U.S. Fire's Interrogatories.

5. Attached hereto as Exhibit "C" is a true and accurate copy of the deposition transcript of Anthony F. Rosciti, Jr.

6. Attached hereto as Exhibit "D" is a true and accurate copy of the deposition transcript of Henry Rosciti.

7. Attached hereto as Exhibit "E" is a true and accurate copy of the Order entered on January 28, 2008, by the Superior Court of Rhode Island.

8. Attached hereto as Exhibit "F" is a true and accurate copy of the Consent Order entered on March 14, 2008, by the Superior Court of Rhode Island.

9. Attached hereto as Exhibit "G" is a true and accurate copy of the deposition transcript of Daniel T. Clifford.

10. Attached hereto as Exhibit "H" is a true and accurate copy of the Complaint filed by Castle with the Superior Court of Rhode Island.

11. Attached hereto as Exhibit "I" is a true and accurate copy of the Summons and Complaint filed by Castle with the Superior Court Dept. of the Trial Court of the Commonwealth of Massachusetts.

12. Attached hereto as Exhibit "J" is a true and accurate copy of a correspondence dated December 22, 2006, from U.S. Fire to Castle.

13. Attached hereto as Exhibit "K" is a copy true and accurate copy of Keith G. Flanagan, *Can an Insider Recover Against its Owner Payment or Performance Bond? The Effect of the Principal's Proprietary Interest in the Claimant on the Surety's Payment and Performance Bond Liability*, Fidelity & Surety Law Committee Newsletter (Summer 2006).

By: ______________________
Adam R. Schwartz, Esq.

Sworn to before me this
27th day of June, 2008

______________________
Notary Public

NANCY NISIVOCCIA RONCO
A Notary Public of New Jersey
My Commission Expires May 15, 2012