FILED 2007 JUN 28 P 1:42

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANTHONY F. ROSCITI,
Plaintiff

vs.

P.B. No. 06-2623

SOUTH SHORE UTILITY CONTRACTORS, INC.
Defendant.

**ORDER**

This matter came before the Court on United States Fire Insurance Company's ("US Fire") motion to allow US Fire's first amended claim. Counsel to US Fire represented on the record that none of the projects completed by or being completed by US Fire in connection with its payment and performance bonds issued on behalf of the Defendant have been or are expected to be profitable. Good cause appearing, it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The claim of US Fire is allowed in the amount of $2,355,373.10.

2. In the event that US Fire makes further payments and/or incurs additional expenses as a result of claims on payment and/or performance bonds that US Fire issued on behalf of the Defendant, US Fire may amend its allowed claim.

3. To the extent that any project completed or being completed by US Fire in connection with payment and performance bonds issued on behalf of the Defendant is or becomes profitable; (i) US Fire shall not be paid any such profits without further order of this Court after notice to the Receiver and Freedom Bank, (ii) the parties reserve their right on all issues regarding whether US Fire would be entitled to the payment of professional fees from the profitable projects; and (iii) the reservation of rights set forth in Paragraph 3(c) and 7 of this

Court's Order dated July 18, 2006 are incorporated herein by reference and remains in full force and effect.

ENTER: BY ORDER:

Associate Justice Silverstein, J.

Clerk, Superior Court

Deputy

Dated: 1/25/08