**United States District Court**
**for the District of Rhode Island**

Castle Equipment Company,
Plaintiff

v. Civil Action No. 07-98S
(Consolidated)

United States Fire Insurance
Company,
Defendant/Third Party Plaintiff

v.

Anthony F. Rosciti, Jr.,
Third Party Defendant

# AFFIDAVIT OF SCOTT K. DEMELLO IN SUPPORT OF CASTLE EQUIPMENT COMPANY'S OPPOSITION TO U.S. FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CASTLE EQUIPMENT COMPANY'S CROSS MOTION FOR SUMMARY JUDGMENT

I, Scott K. DeMello, under oath do depose and state that:

1. I am an attorney in good standing licensed to practice in both the Commonwealth of Massachusetts and the State of Rhode Island.

2. I represent Castle Equipment Company relative to its payment bond claim arising out of the New Bedford and Burrillville Projects.

3. During the course of discovery I reviewed several files maintained by Beacon Consulting Group, Inc.

4. It is my understanding that Beacon Consulting Group, Inc., a construction consultant, was hired by U.S. Fire Insurance Company to oversee the New Bedford and Burrillville projects after South Shore Utility Contractors, Inc. filed for receivership.

5. A review of Beacon Consulting, Group, Inc.'s files indicate that U.S Fire received over $650,000.00 in payment bond claims arising out of both projects, which claims do not include Castle's claims.

6. The claims and their amounts are as follows:

| | Claimant | Project | Amount |
|---|---|---|---|
| 1. | Caron Pipe Jacking, Inc. | NB | 26,800.00 |
| 2. | A.T. Equipment, Inc. | Burr. | $38,854.46 |
| 3. | Concrete Systems, Inc. | Burr. | $370.25 |
| 4. | Concrete Systems, Inc. | NB | $27,634.04 |
| 5. | Grande Water Management Systems | NB | $25,000.00 |
| 6. | Hobas Pipe USA | NB | $31,790.00 |
| 7. | LeBaron Foundry, Inc. | NB | $17,756.00 |
| 8. | L&S Industries, Inc. | NB | $13,280.00 |
| 9. | Maron Construction Co. | NB | $68,490.00 |
| 10. | New Bedford Wire & Iron Fence | NB | $2,080.00 |
| 11. | Narragansette Improvement Co. | NB&Burr.* | $16,316,98 |
| 12. | Panbro Sales Corp. | NB | $8,910.00 |
| 13 | Panbro Sales Corp. | Burr. | $7,208.81 |
| 14. | P.J. Keating | NB | $57,698.75 |
| 15. | P.J. Keating | Burr. | $69,762.98 |
| 16. | Public Works Supply | NB | $23,685.22 |
| 17. | Scituate Concrete Pipe Corp. | NB | $5,697.36 |
| 18. | Warwick Winwater Works | NB | $23,448.77 |
| 19. | Vellano Bros., Inc. | NB | $163,581.15 |
| 20. | Vellano Bros., Inc. | NB | $21,899.47 |

*also references the West End project

7. Copies of the documents maintained by Beacon Consulting Group, Inc. documenting the claims identified in paragraph 6 are attached hereto as Exhibit "A".

8. On or about August 16, 2007 Castle propounded interrogatories to U.S. Fire seeking the basis for its defenses to Castle's claim on the New Bedford Project.

9. On or about February 11, 2007 Castle propounded interrogatories to U.S. Fire seeking the basis for its defenses to Castle's claim on the Burrillville Project.

10. On or about October, 15 2007 U.S. Fire answered the New Beford Interrogatories. A copy of the Answers are attached hereto as Exhibit "B".

11. U.S. Fire has not answered the Burrillville interrogatories.

12. A true and accurate copy of pages 13-14 and 58-61 of the deposition transcript for Daniel Clifford is attached hereto as Exhibit "C".

Signed under the pains and penalties of perjury this 21st day of July 2008.

_________________/s/______________________________
Scott K. DeMello