**United States District Court**
**for the District of Rhode Island**

Castle Equipment Company,
Plaintiff

v. Civil Action No. 07-98S
(Consolidated)

United States Fire Insurance
Company,
Defendant/Third Party Plaintiff

v.

Anthony F. Rosciti, Jr.,
Third Party Defendant

**CASTLE EQUIPMENT COMPANY'S OPPOSITION TO U.S. FIRE'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff Castle Equipment Company ("Castle"), pursuant to Fed.R.Civ.P. 56, who hereby opposes Defendant U.S. Fire Insurance Company's ("USFIC") motion for summary judgment. Although Castle agrees that there are no genuine issues of material fact that bear on the issues raised by USFIC in its motion for summary judgment, Castle asserts that the application of the undisputed facts together with the appropriate law requires this Honorable Court to deny USFIC's motion and to instead grant Castle's cross motion for summary judgment.

Castle is entitled to a judgment in the amount of $331,301.38 as a matter of law as there are no genuine issues of material fact. Castle relies upon the attached memorandum of law submitted in support of both its opposition to USFIC's motion for summary judgment and the Plaintiff's cross motion for summary judgment.

Wherefore, Castle respectfully requests that this Honorable Court deny USFIC's motion for summary judgment and that the Court grant summary judgment in favor of the Plaintiff in the principal amount of $331,301.38 on its payment bond claims plus statutory interest, costs and reasonable attorney's fees.

Respectfully submitted,
Plaintiff Castle Equipment
By and through his attorneys,

/s/ Christian Potter___________________
Lepizzera & Laprocina Counsellors at Law, Ltd.
Christian Potter # 5359
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@leplap.com

/s/ Michael Lepizzera________________
Lepizzera & Laprocina Counsellors at Law, Ltd.
Michael Lepizzera #4995
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: mlepizzera@leplap.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008 this document has been filed electronically with the Court, is available for viewing and down loading from the ECF system, and has been served upon registered counsel through the ECF system and upon the following counsel by first class mail, postage prepaid:

Christopher Kunkel
McElroy Deutsch Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

Adam R. Schwartz
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

__/s/ Michael Lepizzera___________________