**United States District Court**
**for the District of Rhode Island**

Castle Equipment Company,
Plaintiff

v.

Civil Action No. 07-98S
(Consolidated)

United States Fire Insurance Company,
Defendant/Third Party Plaintiff

v.

Anthony F. Rosciti, Jr.,
Third Party Defendant

**AFFIDAVIT OF DANIEL CLIFFORD IN SUPPORT OF CASTLE EQUIPMENT COMPANY'S OPPOSITION TO U.S. FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CASTLE EQUIPMENT COMPANY'S CROSS MOTION FOR SUMMARY JUDGMENT**

I, Daniel Clifford, under oath do depose and state that:

Castle Equipment Company is a Rhode Island corporation started in 2004 by Anthony Rosciti, Jr. and Daniel Clifford.

Anthony Rosciti, Jr. owns 70% of the company and Daniel Clifford owns 30% of the company.

Anthony Rosciti, Jr. is Castle's President and Treasurer.

I am Castle's Vice President and Secretary.

Castle is in the business of renting and/or selling construction equipment to contractors in the Rhode Island/Massachusetts area.

Castle purchases its equipment from an equipment supplier (in many cases Terex) and either finances the equipment purchases through the equipment supplier or from an independent lender.

In 2005, when Castle was supplying equipment to South Shore, Castle had loans with both Terex and G.E. Capital and Castle owed approximately $2,500,000.00 on the equipment loans.

At this time Castle has refinanced these loans with Sovereign Bank and it currently owes

approximately $2,000,000.00.

Anthony Rosciti, Jr. and I have personally guaranteed the equipment loans.

Both Anthony Rosiciti, Jr. and I participate in Castle's management, however, by virtue of his greater ownership interest, Anthony Rosciti, Jr. makes the majority of the business decisions.

I am responsible for day to day sales efforts on behalf of Castle.

My primary role is to market Castle to construction companies to obtain new business.

I spends the majority my his time outside of the company's offices visiting customers.

Castle also employs other employees who perform equipment maintenance and who maintain the company's accounts payable and receivable records.

At the time Anthony Rosciti, Jr. and I decided to start Castle, I was employed with T-Quip, another equipment rental company.

I took a tremendous pay cut to start Castle.

Although Anthony Rosciti, Jr. owns the majority interest in Castle he is not paid a salary and Castle has always operated as a separate and legitimate business.

Castle rents equipment to numerous other non-related construction companies and is actively seeking to increase its business.

In 2005 Castle had gross receipts of $1,717,814.00 as reported on its Federal Income Tax return.

In 2006, Castle had gross receipts of $4,144,525.00 as reported on its Federal Income Tax return.

The outstanding balances due from South Shore on the New Bedford and Burrillville projects are only 5.6% of Castle's gross receipts from the years 2005 to 2006.

In order for South Shore to be able to perform its work on both Projects it decided to rent certain equipment from Castle.

In other circumstances South Shore would also purchase certain equipment from Castle for use on the Projects.

South Shore would request the equipment and Castle would provide the equipment.

During the course of both Projects South Shore did not pay Castle for all the equipment

that was provided.

Castle continued to supply equipment to South Shore but South Shore was not paying Castle.

Anthony Rosciti, Jr. assured me that Castle would receive payment.

Signed under the pains and penalties of perjury this 21 day of July, 2008.

_______________________________

Daniel Clifford