Exhibit "a"

Claim #: BDU0030741
Bond #: 610244639

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of CODNNECTICUT
County of HARTFORD

JACQUELINE MALS (*Name of Signer*), being duly sworn on oath states that s/he is PRESIDENT (*Title - Owner, Partner or Officer*) of CARON PIPE JACKING INC. (*Name of Claimant*) hereinafter called Claimant, with offices at 77 WILLOW BROOK RD, BERLIN, CT (*Claimant's City and State*).

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true:

That Claimant supplied labor and/or material to SOUTH SHORE UTILITY CONTRACTORS, INC. (*Name of Contractor*) hereinafter called Contractor, for use in the performance of Contractor's contract with CITY OF NEW BEDFORD

General Contract No. or Project description: SEWER PROJECT - PIPE JACKING 1726 EARLE STREET, NEW BEDFORD, MA

That Contractor owes Claimant for such material and/or labor the sum of $26,800.00 (*Amount Claimed*) As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information:
Claimant's contract with Contractor was __ oral X written (*if written a true copy of the contract is attached*)
Contract Date: 9-15-04, Original Contract Amount $163,200.00, Net Change Orders $ -0-
Amount Received by Claimant to date: $ 136,400.00

That Claimant supplied its last labor or material to Contractor on the 25 day of AUGUST, 05

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: (*attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions)*
NONE

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST:

[signature] ________________
(*type claimant's name above*)
By [signature: Jacqueline Mals]
Jacqueline Mals
(*type signer's name above*)

Sworn to and subscribed before me, a Notary Public on this 19th day of December 2005 at Berlin, CT
[signature]
Notary Public

CRISTINA REI
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2010

01/13/2006 FRI 11:03 [TX/RX NO 9168] 002

## RELEASE & ASSIGNMENT

In consideration of the payment of TWENTY-SIX THOUSAND EIGHT HUNDRED Dollars ($26,800.00) by United States Fire Insurance Company ("U.S. Fire") to Caron Pipe Jacking, Inc. ("Caron"), the receipt and adequacy of which is hereby acknowledged, Caron hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Caron had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

**Name of Contractor:** **South Shore Utility Contractors, Inc.**
**Name of Obligee:** **City of New Bedford**
**Description of Project:** **Earle Street Sewer Separation**
**Bond No.:** **610-2446391**

In further consideration of the aforesaid payment, Caron hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, Caron hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by Caron and shall remain in full force and effect in accordance with their terms.

Caron further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***Caron Pipe Jacking, Inc.***

Dated: 7-6-06

By: [signature]
Print: Jacqueline Mals
Title: President

Sworn to and subscribed before me the 6 day of July, 2006.

[signature]
Notary Public, State of
County of
My Commission expires:

**Josephine Dastoli**
**NOTARY PUBLIC**
**My Commission Expires April 30, 2008**

Bank of America
ACH R/T 011000138

1011

53-13/110 MA
82996

BEACON CONSULTING GROUP, INC
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

AUG. 8, 2006

PAY TO THE ORDER OF CARON PIPE JACKING $ 26,800.00

TWENTY SIX THOUSAND EIGHT HUNDRED & 00/100 DOLLARS

MEMO EARLE ST CLAIM DATED 12/19/05

⑈001011⑈ ⑆011000138⑆ 004603273900⑈

Bond # 610-246665

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

## PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of Massachusetts
County of Worcester

Alex Topolewski *(Name of Signer)*, being duly sworn on oath states that s/he is President *(Title - Owner, Partner or Officer)* of A.T. Equipment, Inc. *(Name of Claimant)* hereinafter called Claimant, with offices at 25 Rockdale St., Worcester, MA *(Claimant's City and State)*.

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true:

That Claimant supplied labor and/or material to South Shore Utility Contracotrs, Inc. *(Name of Contractor)* hereinafter called Contractor, for use in the performance of Contractor's contract with Town of Burriville, RI.

General Contract No. or Project description: Glendale Village Sanitary Sewers & Appurtenant work, Contract # 19A-Z

That Contractor owes Claimant for such material and/or labor the sum of $38,854.46 *(Amount Claimed)* As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information:
Claimant's contract with Contractor was __oral X written *(if written a true copy of the contract is attached)*
Contract Date: 5/3/05, Original Contract Amount $ N/A, Net Change Orders $ N/A
Amount Received by Claimant to date: $ 0.

That Claimant supplied its last labor or material to Contractor on the 20th day of June, 20 06

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: *(attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions)*
No Exceptions

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST: [signature]

A.T. Equipment, Inc.
*(type claimant's name above)*

By [signature]

Alex Topolewski, President
*(type signer's name above)*

Sworn to and subscribed before me, a Notary Public on this 22nd day of September, 2006 at

[signature] Corey B. Campbell
Notary Public My commission expires: 10/4/07

# RELEASE & ASSIGNMENT

In consideration of the payment of THREE HUNDRED SEVENTY Dollars and 25/100 ($370.25) by United States Fire Insurance Company ("U.S. Fire") to Concrete Systems, Inc. ("CSI"), the receipt and adequacy ~~of which is hereby acknowledged,~~ CSI hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that CSI had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **Town of Burrillville** |
| **Description of Project:** | **Glendale Village Sanitary Sewers** |
| **Bond No.:** | **610- 2466659** |

In further consideration of the aforesaid payment, CSI hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name. As a further inducement to U.S. Fire for making payment at this time, CSI hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by CSI and shall remain in full force and effect in accordance with their terms. CSI further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Dated: September 8, 2006

*Concrete Systems, Inc.*
By: Holly Soucy
Print: Holly Soucy
Title: Credit Manager

Sworn to and subscribed before me the 8th day of September, 2006.

Notary Public, State of New Hampshire
County of Hillsborough
My Commission expires: 1/26/91

**RELEASE & ASSIGNMENT**

In consideration of the payment of TWENTY-SEVEN THOUSAND SIX HUNDRED THIRTY-FOUR Dollars and 04/100 ($27,634.04) by United States Fire Insurance Company ("U.S. Fire") to Concrete Systems, Inc. ("CSI"), the upon receipt and adequacy ~~of which is hereby acknowledged,~~ CSI hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that CSI had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, CSI hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, CSI hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by CSI and shall remain in full force and effect in accordance with their terms.

CSI further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

*Concrete Systems, Inc.*

Dated: September 8, 2006 By: Holly Soucy
Print: Holly Soucy
Title: Credit Manager

Sworn to and subscribed before me the 8th day of September, 2006.

[illegible]
Notary Public, State of New Hampshire
County of Hillsborough
My Commission expires: 1/26/11

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1038

53-13/110 MA
82996

10/13/06

PAY TO THE ORDER OF CONCRETE SYSTEMS, INC. $ 27,634.04

TWENTY SEVEN THOUSAND SIX HUNDRED THIRTY FOUR & 04/100 DOLLARS

MEMO EARLE ST CLAIM DATE 6/1/06

⑈001038⑈ ⑆011000138⑆ 004603273900⑈

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1039
53-13/110 MA
82996

10/13/06

PAY TO THE ORDER OF Concrete Systems, Inc $ 370.25

Three Hundred Seventy & 25/100 DOLLARS

MEMO Burrillville Claim Date 6/1/06

[signatures]

⑈001039⑈ ⑆011000138⑆ 004603273900⑈

**RELEASE & ASSIGNMENT**

In consideration of the payment of TWENTY-FIVE THOUSAND Dollars ($25,000.00) by United States Fire Insurance Company ("U.S. Fire") to Grande Water Management Systems, Inc. ("Grande"), Grande hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Grande had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, Grande hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

In further consideration of the aforesaid payment, Grande hereby agrees that all guarantees and warranties pertaining to the work, labor and materials furnished by Grande and more particularly as set forth in the project drawings and specification section 11252 article 1.06 attached hereto shall remain in full force and effect in accordance with their terms.

Grande further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of purchase order no. 3075 and the scope of work set forth in Grande's proposal for the project, and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned. Notwithstanding the foregoing, any additional work requested by U.S. Fire and/or South Shore Utility Contractors, Inc. pursuant to the above-referenced project which is not defined in the project drawings, specification section 11252 and more particularly articles 3.01.D and 3.01.F will have to be the object of a new contract.

*Grande Water Management Systems, Inc.*

Dated: July 12th 2006

By: [signature]
Print: NICK GRANDE
Title: PRESIDENT

Sworn to and subscribed before me the 12th day of July, 2006.

[signature] #94603
Notary Public, State of ____________
County of ____________
My Commission expires: ____________
Commissaire à l'assermentation district de Montréal

Bank of America
ACH R/T 011000138

1002

53-13/110 MA
82996

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

DATE: JULY 17, 2006

PAY TO THE ORDER OF GRANDE WATER MANAGEMENT SYSTEMS, INC. $ 25,000.00

TWENTY FIVE THOUSAND & 00/100 DOLLARS

MEMO PROOF OF CLAIM DATED 12/7/05

⑈001002⑈ ⑆011000138⑆ 004603273900⑈

# RELEASE & ASSIGNMENT

In consideration of the payment of THIRTY-ONE THOUSAND SEVEN HUNDRED NINETY Dollars ($31,790.00) by United States Fire Insurance Company ("U.S. Fire") to Hobas Pipe USA ("Hobas"), the receipt and adequacy of which is hereby acknowledged, Hobas hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Hobas had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, Hobas hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, Hobas hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by Hobas and shall remain in full force and effect in accordance with their terms.

Hobas further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***Hobas Pipe USA***

Dated: 6-28-06

By: [signature]
Print: MARCOS VASCOS
Title: CFO

Sworn to and subscribed before me the 28 day of June, 2006.

DEBORA E LOOSIER
Notary Public, State of Texas
My Commission Expires:
May 10, 2007

[signature] Debora E. Loosier
Notary Public, State of Texas
County of HARRIS
My Commission expires: 5-10-07

Bank of America
ACH R/T 011000138

1004

53-13/110 MA
82996

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

DATE: JULY 25, 2006

PAY TO THE ORDER OF HOBAS PIPE USA $ 31,790.00

THIRTY ONE THOUSAND SEVEN HUNDRED NINETY & 00/100 ~ DOLLARS

MEMO EARLE ST. CLAIM DATED 12/5/05

⑈001004⑈ ⑆011000138⑆ 004603273900⑈

Contractor) hereinafter called Contractor, for use in the performance of Contractor's contract with ... Inc. (Name of

General Contract No. or Project description: Sewers, 1726 Earle Street, New Bedford, MD

That Contractor owes Claimant for such material and/or labor the sum of $31,790.00 (*Amount Claimed*) As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information:
Claimant's contract with Contractor was __oral ✓written (*if written a true copy of the contract is attached*)
Contract Date: 5-2-05, Original Contract Amount $31,790.00, Net Change Orders $ ——
Amount Received by Claimant to date: $ 31,790.00

That Claimant supplied its last labor or material to Contractor on the 8TH day of July, 2005

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: (*attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions)*
No Exceptions

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST:

Hobas Pipe USA
(*type claimant's name above*)

By [signature]

Rob Epstein
(*type signer's name above*)

Sworn to and subscribed before me, a Notary Public on this 5 day of December, 2005

[signature] Debora E. Loosier
Notary Public

DEBORA E LOOSIER
Notary Public, State of Texas
My Commission Expires:
May 10, 2007

# RELEASE & ASSIGNMENT

In consideration of the payment of SEVENTEEN THOUSAND SEVEN HUNDRED FIFTY-SIX Dollars ($17,756.00) by United States Fire Insurance Company ("U.S. Fire") to LeBaron Foundry, Inc. ("LeBaron"), the receipt and adequacy of which is hereby acknowledged, LeBaron hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that LeBaron had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, LeBaron hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, LeBaron hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by LeBaron and shall remain in full force and effect in accordance with their terms.

LeBaron further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***LeBaron Foundry, Inc.***

Dated: 6/6/06

By: [signature]
Print: JAMES S. TROUP
Title: TREASURER

Sworn to and subscribed before me the 6th day of JUNE, 2006.

[signature] Diane K Vincent
Notary Public, State of Massachusetts
County of Plymouth
My Commission expires: 07-14-2011

Security enhanced document. See back for details.

0993
53-13/110 MA
82998

DATE June 6, 2006

PAY TO THE ORDER OF Le Baron Foundry Inc $ 17,756.00

Seventeen thousand seven hundred fifty six and 00/100 DOLLARS

Bank of America

FOR Bond Release - Bond # 610-2746391

⑈000993⑈ ⑆011000138⑆ 004603273900⑈

Claim # BDU003074I5
Bond # 610-244639

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of Massachusetts
County of Bristol

Dean M. Boylan, Jr. *(Name of Signer)*, being duly sworn on oath states that s/he is an officer *(Title - Owner, Partner or Officer)* of L&S Industries, Inc. *(Name of Claimant)* hereinafter called Claimant, with offices at 32 Lambeth Street, NB *(Claimant's City and State)*.

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true:

That Claimant supplied labor and/or material to South Shore Utility Contractors, Inc. *(Name of Contractor)* hereinafter called Contractor, for use in the performance of Contractor's contract with City of New Bedford.

General Contract No. or Project description: Earle Street Sewer Separation CWSRF 1726

That Contractor owes Claimant for such material and/or labor the sum of $14,942.00 *(Amount Claimed)* As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information: Delivery Slips Atached
Claimant's contract with Contractor was _oral XX written *(if written a true copy of the contract is attached)*
Contract Date:________, Original Contract Amount $________, Net Change Orders $________
Amount Received by Claimant to date: $________.

That Claimant supplied its last labor or material to Contractor on the 28 day of April, 2006

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: *(attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions)*
No Exceptions

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST:

L&S Industries, Inc.
*(type claimant's name above)*

By [signature]

Dean M. Boylan, Jr.
*(type signer's name above)*

Sworn to and subscribed before me, a Notary Public on this 13th day of July, 2006 at
Identification established by reviewing a valid Massachusetts automobile driver's license.

KIMBERLY DePETRO-WILSON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 1, 2007

[signature]
Notary Public
My commission expires:

**RELEASE & ASSIGNMENT**

In consideration of the payment of THIRTEEN TWO HUNDRED EIGHTY Dollars and 00/100 ($13,280.00) by United States Fire Insurance Company ("U.S. Fire") to L&S Industries, Inc. ("L&S"), the receipt and adequacy of which is hereby acknowledged, L&S hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that L&S had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, L&S hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, L&S hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by L&S and shall remain in full force and effect in accordance with their terms.

L&S further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***L&S Industries, Inc.***

Dated: June 14, 2007

By: [signature]
Print: Daniel J. McNaught
Title: Vice President

Sworn to and subscribed before me the 14th day of June, 2007.

[signature]
Notary Public, State of MA
County of BRISTOL
My Commission expires: 1/4/2013

JOAN E. PILLING
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 01/04/2013

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1031
53-13/110 MA
82996

10/13/06

PAY TO THE ORDER OF MARON CONSTRUCTION CO. INC. $ 68,490.00

SIXTY EIGHT THOUSAND FOUR HUNDRED NINETY & 00/100 DOLLARS

MEMO EDALE ST Claim Dated 7/6/06 w/ FCI

James F. Burns

D. O'Neil

MP

⑈001031⑈ ⑆011000138⑆ 004603273900⑈

**RELEASE & ASSIGNMENT**

In consideration of the payment of SIXTY-EIGHT THOUSAND FOUR HUNDRED NINETY Dollars ($68,490.00) by United States Fire Insurance Company ("U.S. Fire") to Maron Construction Company, Inc. ("Maron"), the receipt and adequacy of which is hereby acknowledged, Maron hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Maron had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, Maron hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, Maron hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by Maron and shall remain in full force and effect in accordance with their terms.

Maron further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

*Maron Construction Company, Inc.*

Dated: 10/11/06

By: [signature]
Print: Thomas J. Maron
Title: Vice President

Sworn to and subscribed before me the 11th day of October, 2006.

[signature]
Notary Public, State of RI
County of Providence
My Commission expires: 11/18/06

# GENERAL RELEASE

New Bedford Wire & Iron Fence, in consideration of the receipt of check no. 1062 in the amount of $2,080.00 issued from the trust account maintained by Beacon Consulting Group, Inc., for United States Fire Insurance Company, hereby releases, discharges and gives up any and all claims, causes of action, demands, suits, liens, stop notices and rights, including any and all claims under Bond No. 610-244639, which it has or may have for labor, services or materials furnished to Rosciti Construction Company, LLC, in connection with a project known as – Project # CWSRF1726, Earle Street Sewer Separation, Bid #530, Phase I," located in the City of New Bedford, Massachusetts ("the "Project") and certifies that the aforesaid payment has been made in full and all obligations have otherwise been satisfied for all materials and equipment furnished, all labor and services performed and for all known indebtedness and claims for damages arising in any manner in connection with the Project.

Dated: June ___, 2007

NEW BEDFORD WIRE & IRON FENCE

By: Susan Benoit
Print: SUSAN BENOIT
Title: Secretary

Sworn to and subscribed before me the 20th day of June, 2007.

Cheryl Rodeniques
Notary Public, State of Ma
County of Bristol
My Commission expires: March 22, 2013

Cheryl Ann Roderiques
Expires: March 22, 2013

FROM : BEACON CONSULTING GROUP FAX NO. : 7813951651 Jun. 18 2007 12:09PM P1

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1062

53-13/110 MA
82996

JUNE 14, 2007

PAY TO THE ORDER OF NEW BEDFORD WIRE & IRON FENCE $ 2,080.00

TWO THOUSAND EIGHTY & 00/100 DOLLARS

2,080
150 -
35 -
395 -
1500 - L

MEMO FENCE REPAIR BELLEVILLE AVE

⑈001062⑈ ⑆011000138⑆ 004603273900⑈

**RELEASE & ASSIGNMENT**

In consideration of the payment of SIXTEEN THOUSAND THREE HUNDRED SIXTEEN Dollars and 98/100 ($16,316.98) by United States Fire Insurance Company ("U.S. Fire") to Narragansett Improvement Company ("NIC"), NIC hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that NIC had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

**Name of Contractor:** **South Shore Utility Contractors, Inc.**

**Name of Obligee:** **City of New Bedford**
**Description of Project:** **Earle Street Sewer Separation**
**Bond No.:** **610-2446391**

**Name of Obligee:** **City of New Bedford**
**Description of Project:** **West End Sewer Separation**
**Bond No.:** **610-2446409**

**Name of Obligee:** **Town of Burrillville**
**Description of Project:** **Glendale Village Sanitary Sewers**
**Bond No.:** **610- 2466659**

In further consideration of the aforesaid payment, NIC hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced projects; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, NIC hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by NIC and shall remain in full force and effect in accordance with their terms.

NIC further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

*Narragansett Improvement Co.*

Dated: 12-5-06

By: John E. [signature]
Print: John Everson
Title: Pres.

Sworn to and subscribed before me the 5th day of December, 2006.

Mary B. McCarthy [signature]
Notary Public, State of RI
County of Providence
My Commission expires: 5/9/09

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1055
53-13/110 MA
82996

12/22/06

PAY TO THE ORDER OF NARRAGANSETT IMPROVEMENT CO. $ 16,316.98

SIXTEEN THOUSAND THREE HUNDRED SIXTEEN & 98/100 DOLLARS

MEMO EARLE ST Claim DATED 8/14/06

MP

⑈001055⑈ ⑆011000138⑆ 004603273900⑈

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1019

53-13/110 MA
62996

9/11/06

PAY TO THE ORDER OF PANBRO SALES CORPORATION $ 8,910.00

EIGHT THOUSAND NINE HUNDRED TEN & 00/100 DOLLARS

MEMO EARLE ST.

⑈001019⑈ ⑆011000138⑆ 004603273900⑈

# RELEASE & ASSIGNMENT

In consideration of the payment of EIGHT THOUSAND NINE HUNDRED TEN Dollars ($8,910.00) by United States Fire Insurance Company ("U.S. Fire") to Panbro Sales Corporation ("Panbro"), the receipt and adequacy of which is hereby acknowledged, Panbro hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Panbro had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, Panbro hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, Panbro hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by Panbro and shall remain in full force and effect in accordance with their terms.

Panbro further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***Panbro Sales Corporation***

Dated: 9-8-06

By: [signature]
Print: STEPHEN J. PANSY
Title: PRESIDENT

Sworn to and subscribed before me the 8 day of September, 2006.

[signature]
Notary Public, State of RI
County of Providence
My Commission expires: 12-1-09

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

Bank of America
ACH R/T 011000138

1020

53-13/110 MA
82996

9/11/06

PAY TO THE ORDER OF PANBRO SALES CORPORATION $ 7,208.81

SEVEN THOUSAND TWO HUNDRED EIGHT & 81/100 DOLLARS

MEMO BURRILLVILLE

⑈001020⑈ ⑆011000138⑆ 004603273900⑈

**RELEASE & ASSIGNMENT**

In consideration of the payment of SEVEN THOUSAND TWO HUNDRED EIGHT Dollars and 81/100 ($7,208.81) by United States Fire Insurance Company ("U.S. Fire") to Panbro Sales Corporation ("Panbro"), the receipt and adequacy of which is hereby acknowledged, Panbro hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Panbro had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **Town of Burrillville** |
| **Description of Project:** | **Glendale Village Sanitary Sewers** |
| **Bond No.:** | **610- 2466659** |

In further consideration of the aforesaid payment, Panbro hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, Panbro hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by Panbro and shall remain in full force and effect in accordance with their terms.

Panbro further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***Panbro Sales Corporation***

Dated: 9-8-06

By: [signature]
Print: STEPHEN J. PANSY
Title: PRESIDENT

Sworn to and subscribed before me the 8 day of September, 2006.

[signature]
Notary Public, State of RI
County of Providence
My Commission expires: 12-1-09