UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY,
Plaintiff

vs. C.A. NO.: 07-98S

UNITED STATES FIRE INSURANCE COMPANY,
Defendant/Third-Party Plaintiff

vs.

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant

DEPOSITION OF ANTHONY F. ROSCITI, JR., in the above-entitled cause, taken on behalf of the Defendant, United States Fire Insurance Company, pursuant to notice, before Jane F. Cormier, CSR, a Notary Public in and for the State of Rhode Island, at the offices of Orson & Brusini, Ltd., 325 Angell Street, Providence, Rhode Island, on Friday, June 6, 2008, convening at 9:00 a.m.

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, Rhode Island 02920
(401) 946-5500



913123d6-e195-4205-9c84-2dea6eb212d2

South Shore?
A. I don't.
Q. After Castle was formed, did South Shore ever rent equipment from anybody else besides Castle?
THE WITNESS: South Shore?
MR. SCHWARTZ: Yes.
A. Yes.
Q. Who else?
A. Catepillar, Sandler.
Q. And was this the same type of equipment that Castle was renting?
A. Yes.
Q. Did South Shore rent equipment from Castle?
A. Yes.
Q. And when South Shore would rent equipment from Castle, were the, was the rental price comparable to the market price for rental equipment?
MR. MULHEARN: Objection. You can answer if you know?
A. It was reduced.
Q. And why was it reduced?
A. Because I didn't feel that it was appropriate to charge South Shore Utility a higher price than it should be paying.
Q. But I guess, was South Shore Utility paying around

the same price that other contractors were paying?
A. They were paying less.
Q. They were paying less?
A. It was thirty percent reduced.
Q. So, South Shore was paying Castle thirty percent less for equipment than third party contractors would be paying Castle for renting equipment at the same time?
A. Yes.
Q. Has South Shore had the same person doing its internally doing its accounting work since it was formed until it went into receivership?
A. I don't recall.
Q. You said you had a controller, McCloud?
A. Yes.
Q. How long was he at South Shore for?
A. Probably around a year, roughly a year.
Q. And that was around 2005/2006?
A. Make, yeah. Maybe 2005.
Q. And do you know who has done the bookkeeping or accounting functions internally at Castle since it was formed?
A. Originally it was a lady named Marsha, and she's no longer with the company. She started doing all the bookkeeping, and then Laurie came, and

MR. SCHWARTZ: Yes.
A. Yes.
Q. What was it for?
A. It was proof of claim for Truman Foster showing all the equipment that South Shore had for the Earl Street sewer project.
Q. And you signed this proof of claim on behalf of Castle Equipment?
A. Yes.
Q. And did you review the proof of claim before it was submitted on behalf of Castle Equipment?
A. Yes.
Q. Now, this proof of claim references an Earl Street project. Was that Earl Street project in New Bedford, Massachusetts?
A. Yes.
Q. Did South Shore have another project going on in New Bedford, Massachusetts at the same time?
A. I believe so.
Q. What was the name of that other project?
A. I don't recall. West End maybe.
Q. So, South Shore had two projects. Was the owner the Town of New Bedford?
A. Yes.
Q. One was called West End, one was called Earl Street?

A. Yes.
Q. Did South Shore use Castle's equipment on the West End project in New Bedford?
A. I don't recall.
Q. Did South Shore use any equipment, was equipment required to do the West End project in New Bedford?
A. Yes.
Q. So, it's your testimony that you don't recall whether or not South Shore used Castle equipment on the West End project?
A. I don't recall.
Q. But according to this proof of claim, is it your attestation that all the equipment identified in the proof of claim was used only on the Earl Street project, and not on the West End project?
MR. MULHEARN: Objection. You can answer if you know.
A. I don't recall.
Q. Did you consider the issue of whether or not when you submitted this proof of claim whether or not the equipment was used on Earl Street versus West End?
MR. GAGLIARDI: Objection. You can answer if you know.
THE WITNESS: Repeat the question.
Q. When you signed this proof of claim, which says that

all this equipment was used on the Earl Street project, did you consider whether or not the equipment was also used on the West End project in New Bedford?

A. I don't recall.

Q. You don't recall whether you considered that sort of allocation issue?

A. There may have been an issue. I don't know. To be honest with you, I don't recall.

Q. Well, let's look at one of the equipment rental contracts. I'm looking at number 1291, which is about four pages in.

THE WITNESS: 1291?

MR. SCHWARTZ: Yes. Please.

Q. And in the middle, or the top third of it, there's a reference to, it says, to be delivered to lessee at New Bedford.

A. Um-hmm.

Q. Do you know if that referenced the New Bedford, on this equipment rental contract was to the West End or Earl Street contract with New Bedford?

A. I don't know.

Q. Is there any way to know?

A. Off of this document, no.

Q. What record might help show whether the equipment