CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2044 Your PO #: New Bedford
Invoice Date: 10/01/05 Customer #: 522
Due Date: 10/01/05 Work Order #: Multiple
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 10/1/05-10/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4.500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E040 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 2,400.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1.000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1.750.00 |

| | |
|---|---|
| Subtotal: | 24,650.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $24.650.00 |

Thank You

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1218

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#______

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 758
DESCRIPTION: wheel loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 / 10/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $______ DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1245

REF. ______________

hereby leases/rents to Sunshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______
(Address of Lessee)

______________________ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ______

MAKE: Terex MODEL: TXC 125 SERIAL NUMBER: 20027
DESCRIPTION: 4x4 HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bed Fill

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 175,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 5700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: M. Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to of all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL
Contract 1228

REF. ____________

hereby leases/rents to Custodian Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID#__________

MAKE: Terex MODEL: TXC225 SERIAL NUMBER: J0040
DESCRIPTION: 4x.. HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 135,000

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ __________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 5700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 5700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: [signature]
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

__________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

__________________
(Street and number)

__________________
(City) (State) (Zip code)

By: __________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

__________________
PERSONAL GUARANTOR

__________________
RETURNED DATE / Hrs

**CASTLE** EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract No. 1253

REF. ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Komatsu MODEL: 530 SERIAL NUMBER: 78 1047
DESCRIPTION: Loader HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☑ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 20,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 7000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 7000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment promted on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8, Customer most notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I.

Submitted By: Dan Ciffolillo
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract Nº 1220

REF.________________

hereby leases/rents to Cushman Utility herein called "LESSEE",
(Name of Lessee)

of ____________________________ Telephone (____)____________
(Address of Lessee)

____________________________ Fax (____)____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#__________

MAKE: Speedshore MODEL: 6 X 6 Trench Box SERIAL NUMBER: 4-2498
DESCRIPTION:______________ HRS OUT: ______________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: N/A Dan Cliffud

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 4000

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, cost or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on:______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to D

______________ PERSONAL GUARANTOR

______________ RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1225

REF.________

hereby leases/rents to Sunshore Utility herein called "LESSEE",
(Name of Lessee)

of ________ Telephone (____)________
(Address of Lessee)

________ Fax (____)________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#________

MAKE: Speedshore MODEL: 8x20 Road (2) SERIAL NUMBER: ________
DESCRIPTION: Plates HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (MONTHS circled)

INSURED VALUE: 6000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/08 / 10/31/08

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

____% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage, costsor expenses whatsoever 8 Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1257

REF. ______

hereby leases/rents to Sutton Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (___) ______
(Address of Lessee)

______ Fax (___) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#______

MAKE: Speedshore MODEL: 8X10 Trench Box SERIAL NUMBER: 4-7510
DESCRIPTION: ______ HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ______

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $1700 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1700

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract No 1278

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8X10 Truck SERIAL NUMBER: 4-7505
DESCRIPTION: ______________ New HRS OUT: ____________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 7500

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/11/05 / 11/11/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1200

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally. and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection. including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to (

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2024 Your PO #: New Bedford
Invoice Date: 9/01/05 Customer #: 522
Due Date: 9/01/05 Work Order #: Multiple
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 9/1/05-9/30/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1203

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Takeu MODEL: SKL 873 SERIAL NUMBER: 758
DESCRIPTION: wheel Loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: N/W Oldfield

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 , 9/31/05

RENTAL CHARGES: $ 4,500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks. 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1199

REF. ____________

hereby leases/rents to Jonshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 70075

DESCRIPTION: Exc. HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY. WEEKS. MONTHS (circled: MONTHS)

INSURED VALUE: 179,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/30/05

RENTAL CHARGES: $ 5500 DAY. WEEKS. MONTH

INSURANCE CHARGE: $ — DAY. WEEKS. MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

________ % TAX: $ — DAY. WEEKS. MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 5500

### ADDITIONAL TERMS AND CONDITIONS

1 Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________________
(Street and number)

______________________
(City) (State) (Zip code)

By: ______________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________
PERSONAL GUARANTOR

______________________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1223

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______________
(Address of Lessee)

______________________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______________

MAKE: [illegible] Speedshore MODEL: 8x10 Trench Box SERIAL NUMBER: 7-2510

DESCRIPTION: ______________ HRS OUT: ______________

PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 7500

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1256

REF. ________________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#__________

MAKE: [illegible] MODEL: 8A10 Trench SERIAL NUMBER: Y-2709
DESCRIPTION: Box HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: __________

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/31/05

RENTAL CHARGES: $ [illegible] DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL [illegible]

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

__________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

__________
(Street and number)

__________
(City) (State) (Zip code)

By: __________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

__________
PERSONAL GUARANTOR

__________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

## EQUIPMENT RENTAL

Contract Nº 1205

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 6 x 6 Trench SERIAL NUMBER: 4-1998

DESCRIPTION: ____________ Box HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/21/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability damage costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection. including reasonable attorney s fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent (18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1221

REF. ____

hereby leases/rents to Southchase Utility herein called "LESSEE",
(Name of Lessee)

of ____ Telephone (____) ____
(Address of Lessee)

____ Fax (____) ____

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____

MAKE: Speedshore MODEL: 6x8 Trench SERIAL NUMBER: 4-2
DESCRIPTION: ____ Box HRS OUT: ____
PURCHASE OPTION: ____

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 4500

Lessee's Insurance Carrier ____

Tax Exempt Certificate No. ____
(Attach copy of certificate)

Payment Received : ck # ____ Amount $ ____

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/30/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE: $ ____ ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Chiffell
(Salesman)

Accepted and approved on: ____

By: ____

Title: ____

____ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

____
(Street and number)

____
(City) (State) (Zip code)

By: ____
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1 In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to B

____
PERSONAL GUARANTOR

____
RETURNED DATE / Hrs

**CASTLE**
**EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1285

REF. ____________

hereby leases/rents to So-Thshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#________

MAKE: Speedshore MODEL: Fx16 Trench SERIAL NUMBER: 4-2521
DESCRIPTION: ______________ Box HRS OUT: ________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: ______________

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ______________

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 1 / — / ________

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston RI, unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage, costsnr expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1239

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________________ Telephone (____) ________
(Address of Lessee)

____________________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ________

MAKE: Speedshore MODEL: 8X16 Trench SERIAL NUMBER: 4-2521

DESCRIPTION: Box HRS OUT: ________

PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 11,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No. ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ 1500.00 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE: $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500.00

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifton
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1241

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8X20 Road (2) SERIAL NUMBER: ____________
DESCRIPTION: Plate HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 6000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ ~~[illegible]~~ 1750 / DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ ______ DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL ~~[illegible]~~ 1750

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage. costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to the

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs.

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

| | | | |
|---|---|---|---|
| Invoice #: | 2004 | Your PO #: | New Bedford |
| Invoice Date: | 8/01/05 | Customer #: | 522 |
| Due Date: | 8/01/05 | Work Order #: | Multiple |
| Terms: | Upon Receipt | | |

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 8/1/05-8/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 23,750.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $23,750.00 |

Thank You

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1224

REF __________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of __________ Telephone (____) ________
(Address of Lessee)

__________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 8X16 Trench Box SERIAL NUMBER: 4-2521
DESCRIPTION: ______ HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Milton

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 11,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/31/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

_____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1210

REF. ____________

hereby leases/rents to Northshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#__________

MAKE: Speedshore MODEL: 8 X 70 Road(? SERIAL NUMBER: ____________
DESCRIPTION: ______________________ Plate, HRS OUT: ____________
PURCHASE OPTION: ______________________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mr McFaul

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______Corporation: ______

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. (18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1206

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Speedshore MODEL: 6 X 8 Truck SERIAL NUMBER: 4-2
DESCRIPTION: Box HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ______

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1 Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1200

REF. ______________

hereby leases/rents to Sunrise Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) __________
(Address of Lessee)

______________________________ Fax (____) __________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# __________

MAKE: Terex MODEL: TXC 725 SERIAL NUMBER: 70044
DESCRIPTION: 4x4 HRS OUT: __________
PURCHASE OPTION: ______________________________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 135,000

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/6/05 / 9/5/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability. damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied. as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1215

REF. ____________

hereby leases/rents to Countryside Utility herein called "LESSEE",
(Name of Lessee)

of ________________ Telephone (____) ________
(Address of Lessee)

________________ Fax (____) ________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 70627
DESCRIPTION: EXC. HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 179,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No. ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/3/05 / 9/2/05

RENTAL CHARGES: $ 5700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 5700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25 00 handling chargefor returned checks 3 Rates are FOB Johnston RI, unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability damage; cost or expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to it all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1187

REF.

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____ Telephone (____)
(Address of Lessee)

Fax (____)

and LESSEE hereby leases from the LESSOR. the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID#

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 758
DESCRIPTION: Wheel Loader HRS OUT:
PURCHASE OPTION:

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 115,000

Lessee's Insurance Carrier

Tax Exempt Certificate No
(Attach copy of certificate)

Payment Received : ck # ____ Amount $ ____

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/1/05

RENTAL CHARGES: $ 4,500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, cost or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: ____
(Salesman)

Accepted and approved on: ____

By: ____

Title: ____

____ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

____
(Street and number)

____
(City) (State) (Zip code)

By: ____
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be changes during the pendency of any legal action to collect the debt owned to it

____
PERSONAL GUARANTOR

____
RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1208

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) __________
(Address of Lessee)

______________________________ Fax (____) __________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# __________

MAKE: Speedshore MODEL: 8 X 10 Trench Box SERIAL NUMBER: 4-2510
DESCRIPTION: ______________________ HRS OUT: __________
PURCHASE OPTION: ______________________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ______________

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1200

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness. merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally. and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1222

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______________
(Address of Lessee)

______________________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ________

MAKE: Speedshore MODEL: 8x10 Trench SERIAL NUMBER: 4-7705
DESCRIPTION: ______________ Box HRS OUT: ________
PURCHASE OPTION: ______________

**FREEHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 7500

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1200

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1970
Invoice Date: 7/01/05
Due Date: 7/01/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 7/1/05-7/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1313

REF. ____________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) __________
(Address of Lessee)

______________________________ Fax (____) __________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# 6357

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 0357
DESCRIPTION: Wheel Loader HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

INSURED VALUE: __________

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/1/05 / 7/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, (MONTH)

INSURANCE CHARGE:$ ____ DAY, WEEKS, MONTH

DELIVERY CHARGE. $ ____ ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

__________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

__________
(Street and number)

__________
(City) (State) (Zip code)

By: __________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

__________
PERSONAL GUARANTOR

__________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1184

REF ______________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ______________
(Address of Lessee)

______________________________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 70039
DESCRIPTION: Exc. HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 179,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/2/05 , 8/1/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.