UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY,
Plaintiff

vs. C.A. NO.: 07-98S

UNITED STATES FIRE INSURANCE COMPANY,
Defendant/Third-Party Plaintiff

vs.

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant

DEPOSITION OF DANIEL CLIFFORD, in the above-entitled cause, taken on behalf of the Defendant, United States Fire Insurance Company, pursuant to notice, before Jane F. Cormier, CSR, a Notary Public in and for the State of Rhode Island, at the offices of Orson & Brusini, 325 Angell Street, Providence, Rhode Island, on Thursday, June 5, 2008, convening at 10:00 a.m.

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, Rhode Island 02920
(401) 946-5500


b63db2e3-44d3-4ea5-953c-1873356991b5

Q. How did Castle come to rent equipment to South Shore on the Burrillville project? Were you approached by South Shore to, did South Shore request that you rent them equipment? How did that come about?
A. Oh, yeah. I mean, typically the general manager, Dan Roca, would either call me or call George Cunha at the time, and say hey, I'm looking for an HR-32 for Burrillville, can you get it up there. That's typically how it went. He would be the one to communicate with either myself or George. Typically George, because he's the one in the office, and he's right near the yard to see what's available and what's not.
Q. And how would South Shore, did South Shore ever pay for any equipment it rented from Castle?
A. I believe so, yes.
Q. And how did South Shore pay? Is it by check?
A. Sometimes. And credits, too. Like, we rented stuff from them, too, as far as re-rentals, so we worked off bills that way, too.
Q. You would rent South Shore's Equipment, then rent it out to a third party?
A. Yes.
Q. Do you have any records that would show those sort of transactions, any record-keeping?

A. Yes.
Q. And why were you writing to Chad at that time? What is that information contained in the email about?
A. Again, the same thing we talked about. Again, because of those re-rentals, we had some, we used some of their equipment, they used some of ours. I just wanted him to keep track of everything.
Q. But the list of those machines on this Exhibit 5, are those machines that Castle had rented?
A. Castle owns it.
Q. Would there be equipment rental agreements for each of those machines executed by Castle?
A. There should be.
Q. Why don't we look at page six of this composite Exhibit 6. This seems to be another email from you to, this is to Anthony Rosciti, copied to Chad McCloud. Do you recognize that email?
A. Yes.
Q. And you're saying here, Anthony, also we need to make sure the bills --
A. Speed Sure. That's the trench boxes. That's the brand name.
Q. So, what are you saying for South Shore here?
A. I think I omitted it in the original email I sent him, then I realized that they had quite a bit

Q. Is that your handwriting on this one?
A. Yes, it is.
Q. This equipment rental contract references a delivered to lessee at the New Bedford?
A. Okay.
Q. Is that New Bedford, Massachusetts?
A. Yes.
Q. Do you know what the project was?
A. I believe they only had one in New Bedford. I'm not a hundred percent sure. But I know they had a big project in New Bedford.
Q. If I tell you that in New Bedford, South Shore had two contracts for New Bedford, one called Earl Street, and one called West End, does that refresh your recollection as whether or not there was more than one contract?
A. No.
Q. Does Castle have any records to show whether the equipment rented by Castle to South Shore was used particularly on the New Bedford contract, I'm sorry, was used particularly on the Earl Street contract or the West End contract?
A. I don't know.
Q. Now, attached to this Exhibit 10 are a number of equipment rental contracts?


b63db2e3-44d3-4ea5-953c-1873356991b5

Q. Which clients?
A. Could have been Green Acres. If he said he was going to take it for a day or a week, and it ended up being a month, and I didn't write the contract until the end.
Q. But did you receive payment each month from Green Acres?
A. Oh, yeah.
Q. Did you ever see any of the equipment identified in Exhibit 10 actually used in the town of New Bedford?
A. Yes.
Q. How often?
A. I remember going down there a few times to show customers the equipment, I was trying to sell the equipment to other contractors. And that's when I would go down there. I don't know if it was four, five times probably, six times.
Q. Is it fair to say that you're not sure if that equipment was used on something called an Earl Street contract or a West End contract when you saw it?
A. I wouldn't know, no.
Q. Would you say that the rates being charged by Castle to South Shore generally on the Burrillville project and the New Bedford project were market rates?


b63db2e3-44d3-4ea5-953c-1873356991b5