**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CASTLE EQUIPMENT COMPANY,

Plaintiff,

v.

UNITED STATES FIRE INSURANCE COMPANY,

Defendant/Third Party Plaintiff.

v.

ANTHONY F. ROSCITI, JR.

Third Party Defendant.

Civil Action No. 07-98-S-DLM
(consolidated)

**AFFIDAVIT OF**
**CHRISTOPHER E. KUNKEL,ESQ.**

STATE OF NEW JERSEY )
) ss.:
COUNTY OF MORRIS )

I, Christopher E. Kunkel, being duly sworn, depose and say:

1. I am an attorney at law duly admitted *pro hac vice* to practice before the United States District Court for the District of Rhode Island in this matter, and associated with the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant/Third Party Plaintiff, United States Fire Insurance Company ("U.S. Fire"). I have personal knowledge of the facts supporting the statements contained herein.

2. I submit this Affidavit in further support of U.S. Fire's application for summary judgment against plaintiff, Castle Equipment Company, ("Castle") and in opposition to Castle's cross-motion for summary judgment.

3. Attached hereto as Exhibit "A" is a true and accurate copy of Construction Payment Bond and a Construction Performance Bond, each bearing bond no. 6102446409,

issued by U.S. Fire, as surety, on behalf of South Shore Utility Contractors, Inc., as principal, and in favor of the City of New Bedford, MA, as obligee, in connection with a public works construction project known as "West End Sewer Separation."

4. Attached hereto as Exhibit "B" are true and accurate copies of relevant pages of the deposition transcript of Anthony F. Rosciti, Jr.

5. Attached hereto as Exhibit "C" is true and accurate copy of the Proof of Claim and supporting documentation submitted by Castle to U.S. Fire in support of its alleged claim under the Earle Street Bond.

6. Attached hereto as Exhibit "D" are true and accurate copies of relevant pages of the deposition transcript of Daniel T. Clifford.

I swear that the foregoing statements made by me are true. I am aware that if I have intentionally made a false statement herein, I may be subject to punishment.

By: ______________________
Christopher E. Kunkel, Esq.

Sworn to before me this
14th day of August, 2008

______________________
Notary Public
GWYN E. BURNETT
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/17/2010