**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Castle Equipment Company,<br>Plaintiff<br><br>v.<br><br>United States Fire Insurance Company,<br>Defendant/Third Party Plaintiff<br><br>v.<br><br>Anthony F. Rosciti, Jr.,<br>Third Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-98-S-DLM<br>(Consolidated with 08-96S) |

**Plaintiff, Castle Equipment Company's, Motion to Strike United States Fire Insurance Company's Defenses Asserted in its Opposition to Castle Equipment Company's Cross-Motion for Summary Judgment**

Now comes the Plaintiff, Castle Equipment Company, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, who respectfully requests that this Honorable Court strike Defendant, United States Fire Insurance Company's defenses that there remain genuine issues of material fact as to whether Castle failed to mitigate its damages and whether Castle can prove that the equipment was used on the Earle Street Sewer Project.[1]

As reasons therefore, Castle states that US Fire failed to identify and/or provide any information concerning these defenses during discovery and that US Fire only raised these defenses, in any detail, for the first time in its Opposition to Castle's Cross-Motion for Summary Judgment. US Fire's failure to elucidate these defenses during discovery has prejudiced Castle in that Castle, being unaware that the now proffered defenses were going to be relied upon by US Fire, did not

[1] These defenses may be found at paragraphs 39 and 40 of US Fire's Response to Castle Equipment Company's Statement of Undisputed Facts and in Point II of US Fire's Memorandum of Law in Further Support of U.S. Fire Insurance Company's Motion for Summary Judgment and Opposition to Castle's Cross-Motion for Summary Judgment.

conduct additional discovery that may have shed further light on US Fire's claims and it cannot now conduct additional discovery because the discovery deadline has passed.

Castle also relies on the Castle Equipment Company's Memorandum in Support of Castle Equipment Company's Motion to Strike United States Fire Insurance Company's Defenses Asserted in its Opposition to Castle Equipment Company's Cross-Motion for Summary Judgment.

For the foregoing reasons and the reasons stated in its Memorandum, Castle Equipment Company respectfully requests that this Honorable Court strike US Fire's defenses that there remain genuine issues of material facts as to whether Castle failed to mitigate its damages and whether Castle can prove that the equipment it rented and/or sold was used on the Earle Street Sewer Project.

Respectfully submitted,
Plaintiff Castle Equipment
By and through his attorneys,

/s/ Christian Potter______________________
Lepizzera & Laprocina Counsellors at Law, Ltd.
Christian Potter # 5359
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@leplap.com

/s/ Michael Lepizzera___________________
Lepizzera & Laprocina Counsellors at Law, Ltd.
Michael Lepizzera #4995
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: mlepizzera@leplap.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008 this document has been filed electronically with the Court, is available for viewing and down loading from the ECF system, and has been served upon registered counsel through the ECF system and upon the following counsel by first class mail, postage prepaid:

Christopher Kunkel
McElroy Deutsch Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

Adam R. Schwartz
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

__/s/ Michael Lepizzera__________________